**E-FILED**
Thursday, 13 January, 2005  01:05:37 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **MARTIN STAMM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 04-2072 |
| | ) | |
| **COLLINS & AIKMAN PRODUCTS CO., INC.,** | ) | |
| **f/k/a RANTOUL TEXTRON PRODUCTS CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

The Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, hereby certifies, that a copy of the "Plaintiff's Disclosure of Expert Testimony" and a copy of this Certificate of Service was served upon the Defendant by mailing a copy of the same to its counsel addressed as follows:

**Ms. Nicole Monachino**
**McDonald Hopkins Co., LPA**
**Attorneys for Defendant**
**2100 Bank One Center**
**600 Superior Avenue E**
**Cleveland, OH  44114**

by enclosing the same in an envelope addressed as aforesaid and by depositing said envelope with first-class postage fully prepaid in an United States Post Office mail box in Champaign, Illinois, on the 13th day of January, 2005.

**MARTIN STAMM, Plaintiff**

**BY LAW OFFICES OF ORA J. BAER, II**

**/s Ora J. Baer, II**

## PROOF OF SERVICE

      I hereby certify that on January 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF particpant:

      Ms. Nicole Monachino
      McDonald Hopkins Co., LPA
      Attorneys for Defendant
      2100 Bank One Center
      600 Superior Avenue E
      Cleveland, OH  44114

by enclosing the same in an envelope plainly addressed as aforesaid and by depositing said envelope in the United States Mail with first-class postage fully prepaid at the United States Post Office in Champaign, Illinois, on the 13th day of January, 2005.

      s/ Ora J. Baer, II

      Law Offices of Ora J. Baer, II
      Attorney for Plaintiff
      810 West Springfield, Suite 201
      Post Office Box 176
      Champaign, IL  61824-0176
      Telephone:  (217) 352-6338
      Facsimile:  (217) 352-1904
      E-Mail:  Luxbaer@mcleodusa.net