**E-FILED**
Tuesday, 01 February, 2005  03:17:25 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

**FILED**

FEB 0 1 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | | |
|---|---|---|
| MARTIN STAMM, | ) | CASE NO.: 04-2072 |
| | ) | |
| PLAINTIFF, | ) | HON. HAROLD A. BAKER |
| | ) | |
| VS. | ) | |
| | ) | |
| COLLINS & AIKMAN PRODUCTS CO., INC., | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **SUBSTITUTION AS COUNSEL** |
| DEFENDANT. | ) | **FOR DEFENDANT** |

NOW COMES JEFFREY B. KEIPER and respectfully submits his notice of appearance as counsel for Defendant Collins & Aikman Products Co., Inc. ("C&A") in the above-captioned matter, substituting for C&A's previous attorney of record, Shannon L. Shinaberry. Mr. Keiper will serve as co-counsel for C&A along with Attorney Nicole M. Monachino of the same law firm. The Court has approved Mr. Keiper's motion for admission to practice and he has returned an executed oath card to the Clerk of the Court.

Respectfully submitted,

JEFFREY B. KEIPER (OH NO. 0063133)
NICOLE M. MONACHINO (OH. NO. 0076736)
MCDONALD HOPKINS CO., LPA
Suite 2100
600 Superior Avenue, E.
Cleveland, Ohio 44114-2653
Phone: (216) 348-5710
Fax:    (216) 348-5474
E-mail: jkeiper@mcdonaldhopkins.com

Attorney for Defendant Collins & Aikman Products Co., Inc.

{622828:}

## CERTIFICATE OF SERVICE

A copy of the foregoing **Notice of Appearance and Substitution of Counsel for**

**Defendant** was sent by regular U.S. mail this 31st day of January 2005 to:

> Ora J. Baer, II, Esq.
> Law Offices of Ora J. Baer, II
> 810 West Springfield, Suite 201
> Post Office Box 176
> Champaign, IL  61824-0176

JEFFREY B. KEIPER (OH No. 0063133)

Attorney for Collins & Aikman
Products Co., Inc.

{622828:}                                    2