## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| MARTIN STAMM, | ) | CASE NO.: 04-2072 |
| | ) | |
| *Plaintiff*, | ) | JUDGE HAROLD A. BAKER |
| | ) | |
| v. | ) | **NOTICE OF SERVICE OF** |
| | ) | **DEFENDANT'S DISCLOSURE** |
| COLLINS & AIKMAN PRODUCTS CO., INC., | ) | **OF EXPERT TESTIMONY** |
| | ) | |
| *Defendant.* | ) | |

Defendant Collins & Aikman Products, Co., Inc., by and through its undersigned attorneys, hereby certifies that on February 15, 2005 Defendant's Disclosure of Expert Testimony and attached Exhibits A, B and C were served upon Plaintiff by electronically mailing and sending such materials via Federal Express overnight delivery to Plaintiff's counsel as follows:

> Ora J. Baer, II, Esq.
> Law Offices of Ora J. Baer, II
> 810 West Springfield, Suite 201
> Post Office Box 176
> Champaign, IL  61824-0176
> Luxbaer@mcleodusa.net

Respectfully submitted,

/s/ Jeffrey B. Keiper
JEFFREY B. KEIPER (OH NO. 0063133)
NICOLE M. MONACHINO (OH. NO. 0076736)
**MCDONALD HOPKINS CO., LPA**
600 Superior Avenue, E.
Suite 2100
Cleveland, Ohio 44114-2653
Phone: (216) 348-5400
Fax:    (216) 348-5474
Email:  jkeiper@mcdonaldhopkins.com
        nmonachino@mcdonaldhopkins.com

Attorney for Defendant
Collins & Aikman Products Co., Inc.

<u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing **Notice of Service of Defendant's Disclosure of Expert Testimony** will be served on counsel for the Plaintiff via the Court's electronic filing system and via Federal Express overnight delivery this 15th day of February 2005 as follows:

Ora J. Baer, II, Esq.
Law Offices of Ora J. Baer, II
810 West Springfield, Suite 201
Post Office Box 176
Champaign, IL  61824-0176
Luxbaer@mcleodusa.net

  /s/ Jeffrey B. Keiper
Jeffrey B. Keiper (OH No. 0063133)
**MCDONALD HOPKINS CO., LPA**

One of the Attorneys for Defendant
Collins & Aikman Products Co., Inc.