09879-P5581
RPK:dkl
G:\81\P5581\P5581EOA 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 04 CV 2072 |
| | ) |
| COLLINS & AIKMAN PRODUCTS CO., INC., | ) |
| f/k/a RANTOUL TEXTRON PRODUCTS CO., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

NOW COMES Richard P. Klaus of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendant, COLLINS & AIKMAN PRODUCTS CO., INC., f/k/a RANTOUL TEXTRON PRODUCTS CO.  Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

COLLINS & AIKMAN PRODUCTS CO., INC.,
f/k/a RANTOUL TEXTRON PRODUCTS CO.,
Defendant

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail:  rklaus@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ora J. Baer, II
Law Offices of Ora J. Baer, II
Suite 201
810 West Springfield Avenue
P.O. Box 176
Champaign, IL  61824-0176

Mr. Jeffrey B. Kieper
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

Ms. Nicole M. Monachino
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ms. Shannon L. Shinaberry
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail:  rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060