09879-P5581
RPK:dkl
G:\81\P5581\P5581EOA 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 04 CV 2072 |
| ) | |
| COLLINS & AIKMAN PRODUCTS CO., INC., ) | |
| f/k/a RANTOUL TEXTRON PRODUCTS CO., ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

NOW COMES Monica H. Sholar of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters her appearance in the above-captioned cause on behalf of the Defendant, COLLINS & AIKMAN PRODUCTS CO., INC., f/k/a RANTOUL TEXTRON PRODUCTS CO. Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

    COLLINS & AIKMAN PRODUCTS CO., INC.,
    f/k/a RANTOUL TEXTRON PRODUCTS CO.,
    Defendant

    s/ Monica H. Sholar
    Attorney for Defendants
    Heyl, Royster, Voelker & Allen
    Suite 300
    102 E. Main Street
    P.O. Box 129
    Urbana, IL 61803-0129
    217-344-0060 Phone
    217-344-9295 Fax
    E-mail: msholar@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ora J. Baer, II
Law Offices of Ora J. Baer, II
Suite 201
810 West Springfield Avenue
P.O. Box 176
Champaign, IL  61824-0176

Ms. Nicole M. Monachino
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

Mr. Jeffrey B. Kieper
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ms. Shannon L. Shinaberry
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

s/ Monica H. Sholar
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: msholar@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2