E-FILED
Friday, 01 April, 2005  03:58:15 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| MARTIN STAMM, | ) | CASE NO.: 04-2072 |
| | ) | |
| *Plaintiff*, | ) | JUDGE HAROLD A. BAKER |
| | ) | |
| v. | ) | **MOTION TO WITHDRAW AS** |
| | ) | **ATTORNEY FOR DEFENDANT** |
| COLLINS & AIKMAN PRODUCTS CO., INC., | ) | **COLLINS & AIKMAN** |
| | ) | **PRODUCTS CO., INC.** |
| *Defendant*. | ) | |

The undersigned attorneys and McDonald Hopkins Co., LPA hereby give notice of their withdrawal as counsel of record for Defendant, Collins & Aikman Products Co., Inc. in connection with this matter. Such withdrawal has been approved by Defendant. New counsel of record for Defendant, Collins & Aikman Products Co., Inc. will be:

Richard P. Klaus, Esq.
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street
P.O. Box 129
Urbana, IL 61803
Telephone: (217) 344-0060
Fax: (217) 344-9295

    Respectfully submitted,

    /s/ Jeffrey B. Keiper
    JEFFREY B. KEIPER (OH No. 0063133)
    NICOLE M. MONACHINO (OH No. 0076736)
    SHANNON L. SHINABERRY (OH No. 006874)
    **MCDONALD HOPKINS CO., LPA**
    600 Superior Avenue, E.; Suite 2100
    Cleveland, Ohio 44114-2653
    Phone: (216) 348-5400
    Fax:   (216) 348-5474
    Email:  jkeiper@mcdonaldhopkins.com
            nmonachino@mcdonaldhopkins.com

    Attorney for Defendant
    Collins & Aikman Products Co., Inc.

{649861:}

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing **Motion To Withdraw As Attorney For Defendant Collins & Aikman Products Co., Inc.** will be served on counsel for the Plaintiff via the Court's electronic filing system this 1st day of April 2005 as follows:

Ora J. Baer, II, Esq.
Law Offices of Ora J. Baer, II
810 West Springfield, Suite 201
Post Office Box 176
Champaign, IL  61824-0176
Luxbaer@mcleodusa.net

    /s/ Jeffrey B. Keiper
Jeffrey B. Keiper (OH No. 0063133)
**MCDONALD HOPKINS CO., LPA**

One of the Attorneys for Defendant
Collins & Aikman Products Co., Inc.

{649861:}