E-FILED
Thursday, 05 May, 2005  04:44:04 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MARTIN STAMM,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 04-2072 |
| | ) |
| **COLLINS & AIKMAN PRODUCTS CO., INC.,** | ) |
| **f/k/a RANTOUL TEXTRON PRODUCTS CO.,** | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, hereby certifies, that copies of the "Plaintiff's First Interrogatories Propounded to Defendant", "Plaintiff's First Request for Production of Documents" and "Plaintiff's Request to Admit" were served by personally delivering a copy of the same on MAY 5, 2005, to:

Ms. Monica H. Sholar
Mr. Richard Klaus
Heyl, Royster, Voelker & Allen
Attorneys for Defendant
102 East Main Street, Suite 300
P.O. Box 129
Urbana, IL  61803-0129

**MARTIN STAMM, Plaintiff**

**BY LAW OFFICES OF ORA J. BAER, II**

s/Ora J. Baer, II

## PROOF OF SERVICE

I hereby certify that on May 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Ms. Monica H. Sholar
Mr. Richard Klaus
Heyl, Royster, Voelker & Allen
Attorneys for Defendant
102 East Main Street, Suite 300
P.O. Box 129
Urbana, IL  61803-0129

MARTIN STAMM, Plaintiff

BY LAW OFFICES OF ORA J. BAER, II

s/Ora J. Baer, II

**BUSINESS ADDRESS**
**LAW OFFICES OF ORA J. BAER, II**
**ATTORNEY FOR PLAINTIFF**
**810 WEST SPRINGFIELD, SUITE 201**
**POST OFFICE BOX 176**
**CHAMPAIGN, ILLINOIS  61824-0176**
**TELEPHONE:  (217) 352-6338**
**FACSIMILE:  (217) 352-1904**
**E-MAIL:  Luxbaer@mcleodusa.net**