09879-P5581
MHS/mjf
G:\81\P5581\P5581NOT 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) LAW NO.: 04-CV-2072 |
| COLLINS & AIKMAN PRODUCTS, CO., INC., f/k/a RANTOUL TEXTRON PRODUCTS, CO., | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY
AND AUTOMATIC STAY OF PROCEEDINGS**

PLEASE TAKE NOTICE THAT, on May 17, 2005 (the "Petition Date"), the Defendant Collins & Aikman Products Co., Inc., f/k/a Rantoul Products, Co., (the "Debtor"), filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101-1330 (the "Bankruptcy Code"), in the United States Bankruptcy Court in the Eastern District of Michigan (the "Bankruptcy Court"). The Debtor's chapter 11 case bears number 05-55932 but is being jointly administered by the Bankruptcy Court under case number 05-55927. A time-stamped copy of the Petition of Bankruptcy filed by the Debtor is attached hereto and incorporated herein as Exhibit A.

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the automatic stay imposed by Section 362 of the Bankruptcy Code, from and after the Petition Date, no cause of action may be commenced or prosecuted against the Debtor, no judgment may be entered against the Debtor, and no judgment may be entered affecting property of the Debtor's estate,

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

outside of the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting the automatic stay.

COLLINS & AIKMAN PRODUCTS,CO., INC.,
f/k/a RANTOUL TEXTRON PRODUCTS, CO.,

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ora J. Baer, II
Law Offices of Ora J. Baer, II
Suite 201
810 West Springfield Avenue
P.O. Box 176
Champaign, IL  61824-0176

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060