**E-FILED**
Thursday, 26 May, 2005  02:05:34 PM
Clerk, U.S. District Court, ILCD

**05-55927**

(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Michigan<br>Southern Division | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Collins & Aikman Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>n/a | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>N/A |
| Soc. Sec/Tax I.D. No. (if more than one, state all):<br>13-3489233 | Soc. Sec./Tax I.D. No (if more than one, state all):<br>N/A |
| Street Address of Debtor (No & Street, City, State & Zip Code):<br><br>250 Stephenson Highway, Troy, MI 48083 | Street Address of Joint Debtor (No & Street, City, State & Zip Code):<br><br>N/A |
| County of Residence or of<br>the Principal Place of Business: Oakland | County of Residence or of<br>the Principal Place of Business:  N/A |
| Mailing Address of Debtor (if different from street address):<br><br>same | Mailing Address of Joint Debtor (if different from street address):<br><br>N/A |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- ☐ Individual(s)
- ☒ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockholder
- ☐ Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Sec. 304 - Case ancillary to foreign proceeding
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business    ☒ Business

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

**CASE ASSIGNED TO JUDGE RHODES**

*The Debtor's principal assets are equity interests in its subsidiaries. Such equity interests may be pledged to a third-party and held by such third-party. Nothing set forth herein shall prohibit the debtor from challenging, among other things, the validity, priority, enforceability, perfection or nature of such lien, pledge, or encumbrance, if any.

(Official Form 1) (9/01)　　　　　　　　　　　　　　　　　　　　　　　　　FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Collins & Aikman Corporation | |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed:<br>N/A |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>See Rider A | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtors(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am ware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtors

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

May 17, 2005
Date

*Richard M Cieri (signature)*

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒　　Exhibit A is attached and made a part of this petition

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)　　　　Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐　Yes, and Exhibit C is attached and made a part of this petition.

☒　No.

| **Signature of Attorney**<br>X _____ | **Signature of Attorney**<br>X _____ | **Signature of Non-Attorney Petition Preparer** |
|---|---|---|
| Signature of Attorney for Debtor(s)<br>Richard M. Cieri | Signature of Attorney for Debtor(s) | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. |
| Printed Name of Attorney for Debtor(s)<br>KIRKLAND & ELLIS LLP | Printed Name of Attorney for Debtor(s) | |
| Firm Name<br>153 East 53rd Street | Firm Name | Printed Name of Bankruptcy Petition Preparer |
| Address<br>New York, New York 10022-4611 | Address | Social Security Number |
| (212) 446-4800 | | Address |
| Telephone Number<br>May ___, 2005 | Telephone Number | |
| Date | Date | Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Jay B. Knoll<br>Printed Name of Authorized Individual<br>Vice President<br>Title of Authorized Individual<br>May 17, 2005<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156 |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Collins & Aikman Corporation,<br><br>                            Debtor. | Chapter 11<br><br>Case No.: 05-_____, (   )<br>(Jointly Administered)<br><br>(Tax Identification #13-3489233) |

### Rider A

#### Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court jointly administer their chapter 11 cases for administrative purposes only.

Collins & Aikman Corporation
Amco Convertible Fabrics, Inc.
Becker Group, LLC (d/b/a Collins & Aikman Premier Mold)
Brut Plastics, Inc.
Collins & Aikman (Gibraltar) Limited
Collins & Aikman Accessory Mats, Inc. (f/k/a The Akro Corporation)
Collins & Aikman Asset Services, Inc.
Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.)
Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.)
Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exterior, Inc.)
Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.)
Collins & Aikman Automotive International, Inc.
Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.)
Collins & Aikman Automotive Mats, LLC
Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.)
Collins & Aikman Automotive Services, LLC

Collins & Aikman Canada Domestic Holding Company
Collins & Aikman Carpet & Acoustics (MI), Inc.
Collins & Aikman Carpet & Acoustics (TN), Inc.
Collins & Aikman Development Company
Collins & Aikman Europe, Inc.
Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.)
Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.)
Collins & Aikman Interiors, Inc.
Collins & Aikman International Corporation
Collins & Aikman Plastics, Inc.
Collins & Aikman Products Co.
Collins & Aikman Properties, Inc.
Comet Acoustics, Inc
CW Management Corporation
Dura Convertible Systems, Inc.
Gamble Development Company
JPS Automotive, Inc. (d/b/a PACJ, Inc.)
New Baltimore Holdings, LLC
Owosso Thermal Forming, LLC
Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators, Inc.)
Wickes Asset Management, Inc.
Wickes Manufacturing Company

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Collins & Aikman Corporation, | Case No.: 05-_____ ( ) |
| Debtor. | (Jointly Administered) |
| | (Tax Identification #13-3489233) |

### CONSOLIDATED LIST OF CREDITORS
### HOLDING FIFTY LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and certain domestics affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of the 50 largest unsecured creditors (the "Top 50 List") in lieu of separate lists of each Debtor's 50 largest unsecured creditors. Attached to the petition of Collins & Aikman Corporation is the Top 50 List based on the Debtors' books and records as of approximately May 13, 2005. The Top 50 List was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The Top 50 List does not include: (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (b) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims. The information presented in the Top 50 List shall not constitute an admission by the Debtors nor is it binding on the Debtors. The Debtors reserve all rights to challenge the priority, nature, amount or status of any claim or debt.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

Collins & Aikman Corporation,

                    Debtor.

Chapter 11

Case No.: 05-_____  (     )
(Jointly Administered)

(Tax Identification #13-3489233)

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to prepare a single consolidated list of creditors, without claim amounts (the "Consolidated Creditor List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted herewith on Diskette pursuant to Local Rule 1007-2, and subject to approval of the Court, as set forth in the Declaration Regarding Consolidated List of Creditors attached to the petition of Collins & Aikman Corporation. The Consolidated Creditor List contains the Debtors' list of creditors and potential creditors of which the Debtors are currently aware, and will be supplemented to the extent additional creditors are identified. To the extent practicable, the submitted Creditor List complies with Local Rule 1007-2 of the Bankruptcy Court for the Eastern District Court of Michigan, Southern Division.

The information contained herein is based upon a review of the Debtors' books and records. No comprehensive legal and/or factual investigations with regard to the accuracy of the information has been pursued. Therefore, this listing does not and should be deemed to constitute: (1) an acknowledgment of the accuracy of the identity of any interest holder or the amount of interest holdings of any particular holder; and/or (2) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2005

Jay B. Knoll
Vice President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:  ) Chapter 11

 )

Collins & Aikman Corporation,  ) Case No. 05-_____  (   )
 ) (Jointly Administered)

Debtor.  )

 ) (Tax Identification #13-3489233)

 )

## LIST OF EQUITY SECURITY HOLDERS

The debtor has one class of common stock. The names of the known shareholders
and the amount that each known shareholders owns are listed below.

## Equity Security Holders

Following a reverse split of common stock (2 1/2 shares exchanged for 1), some shareholders surrendered their stock for newly issued stock (reflected below as "Exchanged Shares"), while other shareholders did not surrender their stock (reflected below as "Unexchanged Shares"). The "Total Common Stock" column indicates the actual value of each shareholder's position after adjustments on account of the reverse split.

| First Name | M.I. | Last Name | Contact Name | Additional Name | Street Address | Additional Address Information | City | State | Zip | Country | Exchanged Shares | Unexchanged Shares | Total Common Stock |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Annex Holdings 1 LP | c/o Annex Capital Partners LLC | Alexander P. Coleman | 1301 Avenue of the Americas | | New York | NY | 10019 | USA | 2,000,000 | 2,000,000 | 2,000,000.0 |
| Michael | | Appelbaum | | | 2406 The Strand | | Northbrook | IL | 60062-6544 | USA | 12 | 12 | 12.0 |
| | | ZVI Mescal Cust | Amos Atzman | PA UNIF TRAN MIN ACT | 238 Ardleigh Rd. | | Penn Valley | PA | 19072 | USA | 100 | | 100.0 |
| | | ZVI Mescal Cust | Noah Atzman | PA UNIF TRAN MIN ACT | 238 Ardleigh Rd. | | Penn Valley | PA | 19072 | USA | 100 | | 100.0 |
| Junior | R | Bicknor Ventures LLC | | | 5755 New King Ct. | | Troy | MI | 48098 | USA | 1,600,000 | | 1,600,000.0 |
| William | L | Bowers | | | 26006 Martin Rd. | | Albemarle | NC | 28001-0049 | USA | 80 | | 80.0 |
| | | Brown | & Luck H. Brown | JT Ten | 4613 McAlpine Farm Rd. | | Charlotte | NC | 28226-7304 | USA | 40 | | 40.0 |
| | | Canada Pension Plan Investment Board | | | One Queen Street East | Suite 2700 | Toronto | Ontario | M5C2W6 | Canada | 1,600,000 | | 1,600,000.0 |
| | | Code & Co. | | | 55 Water St. | 50th Floor | New York | NY | 10041 | USA | 49,486,555 | | 49,486,555.0 |
| O | Y | Clayton | & Catherine P. Clayton | JT Ten | 513 Clayton Ave. | | Roxboro | NC | 27573 | USA | 100 | | 100.0 |
| Lillian | A | Colby | | | 31 Larry's Ln. | | Pleasantville | NY | 10570-2401 | USA | 100 | | 100.0 |
| | | Connective Capital Advisors Inc. | | | 900 Woodward Ave. | | Detroit | MI | 48226 | USA | 160,000 | | 160,000.0 |
| Robert | M | Cook | | | 38098 Kleer Dr. | | Northville | MI | 48167-9036 | USA | 1,000 | | 1,000.0 |
| | | The Dixie Group Inc. | Starr Klein Sea | | P.O. Box 23107 | | Chattanooga | TN | 37422-5107 | USA | 4 | | 4.0 |
| Mildred | A | Daniels Dunn | | | P.O. Box 1051 | | Vidalia | LA | 71373 | USA | 400 | | 460.0 |
| Mildred | A | Daniels Dunn | | USUFRUCT Arlene M. Dunn; Richard, Virginia Dunn Wolf, Leetic J. Dunn, & Harvey E. Dunn, Naked Owners | P.O. Box 1051 | | Vidalia | LA | 71973 | USA | 400 | | 400.0 |

K&E 11335862.1

| Donald | | Derrocher | | | 6398 Rte. 23 | | Platisburg | NY | 12901-4900 | USA | 120 | 120.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claudia | S | Flaherty | Cust Balen C. Flaherty | | HC001 Box 6159G | | Palmer | AK | 99645-9604 | USA | 4 | 4.0 |
| Claudia | S | Flaherty | Cust Valen Flaherty | | HC021 Box 6159G | | Palmer | AL | 99645 | USA | 13 | 13.0 |
| Gerard | L | Fordier | | | 656 Center St. | Bldg. D-107 | Willingto rd | CT | 06492 | USA | 300 | 300.0 |
| Lewis | D | Fylseo Jr. | | | 192 Tuckerton Rd. | | Medford Lakes | NJ | 08055 | USA | 4 | 4.0 |
| | Kevin | Gill | | | 4618 Mullens Ford Rd. | | Charlotte | NC | 28126-5041 | USA | 1,172 | 1,172.0 |
| Byrm | K | Gkl | | | Box 3366 | | Roxboro | NC | 27573-3366 | USA | 120 | 120.0 |
| Eandur | J | Golden | & Gerald C. Goldant | Ten Com | 6998 Jackson Rd. | | Morvau | GA | 31638-3927 | USA | 40 | 40.0 |
| Paul | R | Hammond | & Gretchen E. Hammond | JT Ten | 901 Moore St. | | Davison | MI | 48423-1105 | USA | 53 | 53.0 |
| | | Heartland Industrial Partners (C1) LP | | | 55 Railroad Ave. | First Floor | Greenwich | CT | 06830 | USA | 105,610 | 105,610.0 |
| | | Heartland Industrial Partners (B1) LP | | | 55 Railroad Ave. | First Floor | Greenwich | CT | 06830 | USA | 454,126 | 454,126.0 |
| | | Heartland Industrial Partners (FF) LP | | | 55 Railroad Ave. | First Floor | Greenwich | CT | 06830 | USA | 325,674 | 325,674.0 |
| | | Heartland Industrial Partners (K1) LP | | | 55 Railroad Ave. | First Floor | Greenwich | CT | 06830 | USA | 211,220 | 211,220.0 |
| | | Heartland Industrial Partners LP | | | 55 Railroad Ave. | First Floor | Greenwich | CT | 06830 | USA | 25,783,367 | 25,783,367.0 |
| Gary | M | Hudson | | | 5116 Pine Birch Dr | | Raleigh | NC | 27606 | USA | 60 | 60.0 |
| Daniel ck | E | Iacovone | Tr UA 07/14/83 Derrick E Iacovone | | 1200 S Ocean Blvd | PHB | Boca Raton | FL | 33432-7748 | USA | 3,000 | 3,000.0 |
| Daniel ck | E | Iacovone | Tr UA 07/14/83 Derrick E Iacovone | | 1200 S Ocean Blvd | PHB | Boca Raton | FL | 33432-7748 | USA | 3,000 | 3,000.0 |
| | | International Union UAW | Chief Acct | | 8000 E Jefferson Ave | | Detroit | MI | 48214 | USA | 1 | 1.0 |

EXH 111131XX3

| First | Init | Last Name / Entity | Registrant | Type | Address | | City | State | Zip | 1,000 | 1,000.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Donald | | Jaohick | Shirley Jaohick TR | UA 06/02/99 Donald H Shirley Jaohick Rev Liv Trust | 48760 Tifford Cr | | Shelby TWP | MI | 48315-4272USA | 1,000 | 1,000.0 |
| Kennet b | | Johns | Mary L. Johns TR UA 03/26/94 | Johns Family Living Trust | 54731 Chippewa Ct | | Shelby TWP | MI | 48315-1120USA | 200 | 200.0 |
| Robby W | | Jones | Joyce W Jones | JT Ten | PO Box 1035 | | Roxford | NC | 27372-1035USA | 20 | 20.0 |
| David | | Jorgensen | | | 106 Choctaw La | | Luling | LA | 70070USA | 24 | 24.0 |
| Linda P | | Keats | Dessie L Keats | JT Ten | 10592 Oxford Rd | | Roagemont | NC | 27572-8194USA | 40 | 40.0 |
| Mary J | | Volperi Long LTEE | UA 08/27/94 | | 1200 S Ocean Blvd | PHB | Boca Raton | FL | 33432USA | 2,000 | 2,000.0 |
| Elma J | | Lee-Hudson | | | 6543 Forest Ave | | Gary | IN | 46403USA | 100 | 100.0 |
| Sharon J | | Mason Capital Corporation | | | 21001 Van Born Rd | | Taylor | MI | 48180USA | 400,000 | 400,000.0 |
| Esther | | Mason | | | 2907 Clover Fork Cir | | Albemarle | NC | 28001-8529USA | 200 | 200.0 |
| Janet | | Matz | Paula Matz | JT Ten | 4203 Crest Heights Rd | | Baltimore | MD | 21215-1425USA | 80 | 80.0 |
| | | Mebuth | | | 217 W Main St | | Walnut Bottom | PA | 17266-9708USA | 200 | 200.0 |
| Michael E | | Mcinerney | | | 5755 New King Court | | Troy | MI | 48098USA | 680,000 | 680,000.0 |
| Craig R | | Mercer Sr | | | 1680 Yellow Skim Rd | | Asheyville | NC | 28318-6832USA | 80 | 80.0 |
| Mary | | Merrigan | Estella D. Merrigan | JT Ten | 1719 Sunset Blvd | | Royal Oak | MI | 48067-1071USA | 40 | 40.0 |
| | | Mesirow Capital Partners VIII | | | 350 N Clark | 4th Fl | Chicago | IL | 60610USA | 400,000 | 400,000.0 |
| | | ML IBK Positions Inc | | | 95 Greene St | 7th Fl | Jersey City | NJ | 07302USA | 400,000 | 400,000.0 |
| Wesley K | | Morgan | Jessie M Morgan | JT Ten | 814 Oak St | Parsons Village | Seaford | DE | 19973USA | 200 | 200.0 |
| Fredric k | | Won Gin Ng | Rose Chua Ng | JT Ten | 6305 Mirror Lake Dr | | Los Angeles | CA | 90068-1638USA | 2,000 | 2,000.0 |
| Rexford | | Norris | | | 118 Jackson St | | Brooklyn | MI | 49320-9106USA | 40 | 40.0 |
| | | Nordium Engraving Corporation | Rite Forbes | | 803 South Black River | | Sparta | WI | 54656-2221USA | 100 | 100.0 |
| Donald F | | Orowitz | | | 8924 Meadley Drive | | Sterling Heights | MI | 48314-2658USA | 500 | 500.0 |
| Albert J | | Oettinger | Ruth R Oettinger | JT Ten | 521 North 5th St | | Albemarle | NC | 28001-4029USA | 4 | 4.0 |
| John B | | Orgain | | | 1035 8th Street LN NW | | Hickory | NC | 28601-3521USA | 40 | 40.0 |
| Claudia W | | Peoples | | | PO Box 426 | 211 Fairway Lane | Barnwell | SC | 29812-0426USA | 40 | 40.0 |

4

K&E183338K2

| First | Initial | Last | Co-owner | Reg | Address | Apt | City | State | Zip | Country | Shares | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Audie | Glenn | Peoples | | | PO Box 426 | | Barnwell | SC | 29812-0426 | USA | 80 | 80.0 |
| Rodney | | Peoples | | | PO Box 425 | | Barnwell | SC | 29812-0426 | USA | 1,080 | 1,080.0 |
| Joe | R | Price Jr | | | PO Box 1801 | | Taylors | SC | 29687-1801 | USA | 80 | 80.0 |
| Joe | R | Price Jr | | | PO Box 1801 | | Taylors | SC | 29687-1801 | USA | 160 | 160.0 |
| Raymond | J | Raney | | | 2049 Arrowhead Court | | Geneva | IL | 60134 | USA | 40 | 40.0 |
| Louis | | Rosso | | | 2702 Meadow Wood | | Rossomm on | MI | 48653 | USA | 28 | 28.0 |
| Lawrence | | Sam | | | 969 Farmingdale Rd | | Jackson | NJ | 08527-1369 | USA | 365 | 365.0 |
| Dean | R | Sanders | & Mary J Sanders | JT Ten | 32102 Vegas | | Warren | MI | 48093-6176 | USA | 400 | 400.0 |
| | | Scarlett Associates Inc Subsidding | | | 700 E North St 2 | | Greenville | SC | 29601 | USA | 220 | 220.0 |
| Normand | L | | | | 220 E Hazel Dell | | Springfield | IL | 62707-9573 | USA | 40 | 40.0 |
| Elizabeth | L | Schoen | | | 2431 Harrington Dr | | Decatur | GA | 30033-4903 | USA | 80 | 80.0 |
| Willie | T | Smith II | & Deborah T Smith | JT Ten | 5008 Buttonwood Dr | | Ponte Vedra | FL | 32082-3006 | USA | 120 | 120.0 |
| Dale | R | Snow | | | 969 Central Avenue | | Burlingto n | NC | 27215 | USA | 40 | 40.0 |
| Ronald | R | Soeder | | | 123903 Vincent Dr | | Chesterland | OH | 44026-3151 | USA | 60 | 60.0 |
| Richard | | Stark | & Nancy E Stark | JT Ten | 755 Charter Place | | Charlotte | NC | 28211 | USA | 40 | 40.0 |
| | | T Row Price Trust Co Cust | Lynette Stein IRA R/O | | 1853 E Main St Ste 14 | | Spartanburg | SC | 29307 | USA | 238 | 238.0 |
| Josh | | Tomer | | | 30 Edgewater Avenue | | North East | MD | 21901 | USA | 53 | 53.0 |
| Tracy | A | Vash | | | 898 Lawman Ave | | Bridgeport | WV | 26330-1223 | USA | 1,000 | 1,000.0 |
| James | D | Wise | & Gloria J Wise | JT Ten | 1746 Skyline Drive | | Rochester Hills | MI | 48306 | USA | 200 | 200.0 |
| Brenda | W | Young | & Ira Young | JT Tea | 16 Manchester Dr | Paifield Park | Roxboro | NC | 27573 | USA | 40 | 40.0 |
| Cheryl | | Altman Cust | Alex Altman | Under the MI UNIF GIFT MIN ACT | 4219 Macqueen | | West Bloomfield | MI | 48322 | USA | 20 | 8.0 |
| Nicolle | | Assimakopoulos | & Robert Pungar | JT Ten | POB 8253 | | Seminole | FL | 33775 | USA | 125 | 50.0 |
| John | W | Atherton Jr | | | PO Box 3126 | | Nantucket | MA | 02584-3126 | USA | 4 | 1.6 |
| Frodric | | Bell III | | | 511 Raiseong Rd | | Dalton | GA | 30720-8034 | USA | 100 | 40.0 |
| James | A | Bickelhaupt | & Susan C Bickelhaupt | JT Ten | 1526 W Lakeshore Dr | | Landrum | SC | 29356-9372 | USA | 100 | 40.0 |
| Michael | W | Bowers | | | 1920 Gunbarrel Rd | Apt 1620 | Chattanooga | TN | 37421-3178 | USA | 1 | 0.4 |

KAE 1003:320K3

| First | MI | Last | Extra | Address | City | State | Zip | Qty | Value |
|---|---|---|---|---|---|---|---|---|---|
| Jonatha m | D | Clarke | Cleveland Sanders Memorial Fund / BB Sanders | 204 Lanchbury | Durham | NC | 27707-2414 USA | 1 | 0.4 |
| | | | | 6467 Ritter Rd | Walterbor o | SC | 29488-7158 USA | 275 | 110.0 |
| James | T | Davis | | 516 Oxbow Drive | Myrtle Beach | SC | 29579 USA | 30 | 12.0 |
| Karen | | Eakes | | 11519 Canyon Bend Dr | Tomball | TX | 77377 USA | 20 | 8.0 |
| Ian | C | Faulkner | | 546 Lthrop Ave | River Forest | IL | 60305-1835 USA | 100 | 40.0 |
| James | E | Gragwane Jr | | 10 Kirby Ct | Rensselae r | NY | 12144-9638 USA | 100 | 40.0 |
| Annie | L | Hatley | | 24667 NC 73 Hwy | Albemarle | NC | 28302 USA | 5 | 2.0 |
| Suzzan | M | Hildabrandt | & Joel C F Hildebrandt | JT Ten | 35721 Drake Dr | Sterling Hts | MI | 48310-7406 USA | 100 | 40.0 |
| Theodo re | J | Riley III | | 2309 Mulberry Ct | Matthews | NC | 28105 USA | 100 | 40.0 |
| Steven | P | Hughes | | 113 Country Woods Dr | Rutherfor dton | NC | 28139-9792 USA | 100 | 40.0 |
| Errada | | Iadowise | | 33328 Grafton Eastern Rd | Grafton | OH | 44044-9679 USA | 100 | 40.0 |
| Jeffrey | L | Johnson | | 7713 Chatham Ave NW | North Canton | OH | 44720 USA | 200 | 80.0 |
| Jay | O | Kizer | | 7100 Lakeside Dr | Charlotte | NC | 28215 USA | 30 | 12.0 |
| Sherry | S | Laurus Crest | Molly Catherine Laurus | 825 Springside Ct NE | Atlanta | GA | 30342-3357 USA | 45 | 18.0 |
| Jerald | H | Lee | Debra J Lee | JT Ten | 2319 Umstead | Durham | NC | 27712-1951 USA | 400 | 160.0 |
| Ronald | T | Lindsay | | PO Box 32655 | Charlotte | NC | 28232-2655 USA | 200 | 80.0 |
| Joseph | | Madden | | 464 Lippincott Ave | Riverton | NJ | 68077-1309 USA | 100 | 40.0 |
| | | Magee Industrial Enterprises | C/O Kenneth Nadel | 480 W 5th St | Bloomsbu rg | PA | 1781-1-1563 USA | 100 | 40.0 |
| | | Milliken & Company | | PO Box 3167 | Spartanbu rg | SC | 29304-3167 USA | 10 | 4.0 |
| Wayne | H | Mumble | | 7943 White Oak Ln | Hammond | IN | 46324-3343 USA | 1,000 | 400.0 |
| Gary | W | Myers | | 10943 Windjammer S | Indianapol is | IN | 46256-9673 USA | 300 | 120.0 |
| Albert | J | Nabbi IV | | 104 Bradford Pl | Chapel Hill | NC | 27514-6504 USA | 10 | 4.0 |
| Karen | | Eskes Panicki | | 11519 Canyon Bend Dr | Tomball | TX | 77377 USA | 25 | 10.0 |
| Karen | | Panicki | | 11519 Canyon Bend Dr | Tomball | TX | 77377 USA | 10 | 4.0 |
| David | | Reynolds | | 8954 Wing Bourne | Charlotte | NC | 2821 0 USA | 100 | 40.0 |
| Dougla s | M | Riggs | | 905 Division St | Union City | MI | 49094-9365 USA | 2 | 0.8 |

9

X-66110333062

| | Rowe Furniture Corp | | | | City | State | Zip | Shares | Value |
|---|---|---|---|---|---|---|---|---|---|
| Charlea | Sams | & Miriam L Sams | | 2121 Gardner St | Ellison | VA | 24087 USA | 100 | 40.0 |
| Cheryl | Shacks | | JT Ten | 917 Ridge Rd | Roxboro | NC | 27573-4511 USA | 95 | 38.0 |
| Denise | Snow | & Joyce W Jones | JT Ten | 314 W Ketchie St | China Grove | NC | 28023-2118 USA | 100 | 40.0 |
| John R | Stacks | | | 2809 Hwy 123 N | Roxboro | NC | 27573 USA | 50 | 20.0 |
| Olivia K | Sullivan Cust | FBO Hardy Sullivan Jr | U/MI UTMA | 24 E Washington St | Kinokerowa | NC | 28538 USA | 54 | 21.6 |
| Robert B | Mack II Cust | Andrew Touara | MI Unif Gift Min. Act | 2605 Binbrooke | Clarkston | MI | 48346 USA | 16 | 6.4 |
| Johnny B | Treece Sr | & Gwen C Treece | JT Ten | 407 Park Ridge Rd | Troy | MI | 4809641064 USA | 23 | 10.0 |
| Demetrio D | Vega | Lucille Vega | JT Ten | 22 Florence Pl | Albemarle | NC | 28001-2831 USA | 100 | 40.0 |
| | | | | | Pueblo | CA | 81008-1829 USA | 200 | 80.0 |
| Kim | Williams | c/o Kimberly Williams Benedetto | | 8408 Amelia Dr | Charlotte | NC | 28212 USA | 5 | 2.0 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Collins & Aikman Corporation,

                  **Debtor.**

Chapter 11

Case No.: 05-_____ (    )
(Jointly Administered)

(Tax Identification #13-3489233)

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

        I, Jay B. Knoll, Vice President of Collins & Aikman Corporation, declare under penalty of perjury that I have read the List of Equity Security Holders submitted herewith and that it is true and correct to the best of my information and belief, and will be supplemented to the extent additional information regarding equity security holders becomes available.

Dated: May 17, 2005

                                  Jay B. Knoll
                                  Vice President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COLLINS & AIKMAN CORPORATION, et al.[1] | ) Case No. _____ |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) (Tax Identification #13-3489233) |
| | ) |
| | ) Honorable _____ |

## EXHIBIT "A" TO VOLUNTARY PETITION OF COLLINS & AIKMAN CORPORATION[1]

1.    Collins & Aikman Corporation's (the "Debtor") securities are registered under Section 12 of the Securities and Exchange Act of 1934, and the SEC file number is 1-10218.

2.    The following financial data prepared in connection with the Debtor's Form 10-Q, for the quarterly period ended September 30, 2004 and filed with the Securities and Exchange Commission, is the latest available information and refers to the Debtor's financial condition as of September 30, 2004:

| | | |
|---|---|---|
| a. | Total assets: | $3,196,700,000 |
| b. | Total debts: | $2,856,000,000 |
| c. | Debt Securities held by more than 500 holders: | None |
| d. | Number of shares of preferred stock: | None |

---

[1]    The Debtors in the proposed Jointly Administered proceedings include: Amco Convertible Fabrics, Inc.; Becker Group, LLC; Brut Plastics, Inc.; Collins & Aikman (Gibraltar) Limited; Collins & Aikman Accessory Mats, Inc.; Collins & Aikman Asset Services, Inc.; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.; Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.; Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.); Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.); Collins & Aikman Automotive International, Inc.; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.); Collins & Aikman Automotive Mats, LLC; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.); Collins & Aikman Automotive Services, LLC; Collins & Aikman Canada Domestic Holding Company; Collins & Aikman Carpet & Acoustics (MI), Inc.; Collins & Aikman Carpet & Acoustics (TN), Inc.; Collins & Aikman Development Company; Collins & Aikman Domestic Properties (Canada), Inc. (f/k/a Textron Properties, Inc.); Collins & Aikman Europe, Inc.; Collins & Aikman Export Corporation; Collins & Aikman Fabrics, Inc. (f/k/a Joan Automotive Industries, Inc.); Collins & Aikman Intellimold, Inc. (f/k/a M&C Advanced Processes, Inc.); Collins & Aikman Interiors, Inc.; Collins & Aikman International Corporation; Collins & Aikman Plastics, Inc.; Collins & Aikman Products Company.; Collins & Aikman Properties, Inc.; Comet Acoustics, Inc.; CW Management Corporation; Dura Convertible Systems, Inc.; Gamble Development Company; JPS Automotive, Inc.; New Baltimore Holdings, LLC; Owosso Thermal Forming, LLC; Southwest Laminates, Inc.; Wickes Asset Management, Inc.; and Wickes Manufacturing Company.

[1]    Nothing contained herein shall constitute an admission or waiver by the Debtor. The Debtor reserves all rights to assert that any debt or claim listed herein is in fact a disputed claim or debt. Furthermore, the Debtor reserves the rights to challenge the priority, nature or status of any claim or debt.

Form B1, Exh. A (9/97)

     e.  Number of shares of common stock:     83,630,087

     f.  Approximate number of common stock holders:  120

3.     Brief description of Debtor's business:  The Debtors and their non-debtor affiliates are leading global suppliers of automotive components, systems and modules to all of the world's largest vehicle manufacturers, including DaimlerChrysler AG, Ford Motor Company, General Motors Corporation, Honda Motor Company, Inc., Nissan Motor Company Unlimited, Porsche Cars GB, Renault Créateur D' Automobiles, Toyota SA and Volkswagen AG.

4.     List of the names of any persons who directly or indirectly own, control, or hold, with power to vote, 5% or more of the voting securities of debtor:  Heartland Industrial Partners L.P., Mr. Charles E. Becker, Dimensional Fund Advisors, Inc. and Gruber & McBaine Capital Management, L.L.C.

KBE 1031063.1

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COLLINS & AIKMAN CORPORATION, et al.[1] | ) | Case No. _____ |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | (Tax Identification #13-3489233) |
| | ) | |
| | ) | Honorable _____ |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## FIFTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is the consolidated list of the creditors of Collins & Aikman Corporation, et al. and certain of its direct and indirect subsidiaries as debtors and debtors in possession (collectively, the "Debtors"), holding the fifty largest unsecured claims (the "List of Creditors") as of May 13, 2005. The List of Creditors is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. Unless otherwise indicated below, the List of Creditors does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims as of May 13, 2005.

---

[1]   The Debtors in the proposed jointly administered cases include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc.; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold); Brut Plastics, Inc.; Collins & Aikman (Gibraltar) Limited; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation); Collins & Aikman Asset Services, Inc.; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.); Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.); Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.); Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.); Collins & Aikman Automotive International, Inc.; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.); Collins & Aikman Automotive Mats, LLC; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.); Collins & Aikman Automotive Services, LLC; Collins & Aikman Canada Domestic Holding Company; Collins & Aikman Carpet & Acoustics (MI), Inc.; Collins & Aikman Carpet & Acoustics (TN), Inc.; Collins & Aikman Development Company; Collins & Aikman Europe, Inc.; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.); Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.); Collins & Aikman Interiors, Inc.; Collins & Aikman International Corporation; Collins & Aikman Plastics, Inc.; Collins & Aikman Products Co.; Collins & Aikman Properties, Inc.; Comet Acoustics, Inc.; CW Management Corporation; Dura Convertible Systems, Inc.; Gamble Development Company; JPS Automotive, Inc. (d/b/a PACJ, Inc.); New Baltimore Holdings, LLC; Owosso Thermal Forming, LLC; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.); Wickes Asset Management, Inc.; and Wickes Manufacturing Company.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| 10¼% Senior Notes Due 2011 | BNY Midwest Trust Company<br>2 North LaSalle Street,<br>Suite 1020<br>Chicago, IL 60602<br>Attn: Roxane Ellwalleger<br>Telephone: 312-827-8500<br>Facsimile: N/A | Senior Note | | $500,000,000 |
| 12⅞% Senior Subordinated Notes Due December 2012 | BNY Midwest Trust Company<br>2 North LaSalle Street,<br>Suite 1020<br>Chicago, IL 60602<br>Attn: Mary Callahan<br>312-827-8500 | Senior Subordinated Note | | $400,000,000 |
| Delphi | 22954 Network Place<br>Chicago, IL 60673-1229<br>Attn: Sharon Van Zeeland<br>Telephone: 248 655 0842<br>Facsimile: 248 655 8932 | Trade | | $13,396,017.00 |
| Brown Corporation | 3441 Hidaway<br>Rochester Hills, MI 48306-1453<br>Attn: Mark Ferderber<br>Telephone: 616 527 4050<br>Facsimile: 616 527 3385 | Trade | | $10,347,225.00 |
| Unifi Inc. | 7201 West Friendly Avenue<br>Greensboro, NC 27410-6237<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $7,498,944.00 |
| Receiver General For Canada | 700 Leight Capreol<br>Dorval, Quebec, H4Y 1G7<br>Canada<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $5,471,901.00 |
| Exxon Chemicals | 13501 Katy Fwy<br>Houston, TX 77079-1305<br>Attn: Paul Hanson<br>Telephone: 281 584 7940<br>Facsimile: 281 584 7946 | Trade | | $4,150,807.00 |

Received by: Kurtzman Carson Consultants LLC on 6/17/2005 at 6:38:22 PM.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Canada Customs & Rev Agency | Attn: Receiver General 1-5 Notre Avenue Sudbury, Ontario P3A 5C2 Canada Centre Fiscal Jonquiere, Quebec G7X 9A2 Canada Telephone: N/A Facsimile: N/A | Trade | | $3,374,942.00 |
| Advanced Composites Inc. | 1062 South 4th Avenue Sidney, OH 45365-8977 Attn: Rob Morgan Telephone: 248 344 2879 Facsimile: 248 465 0134 | Trade | | $3,264,050.00 |
| Nolan & Cunnings Inc. | 28800 Mound Road Warren, MI 48092 Attn: Jonathan Vigliarola – General Manager Patrick Coyne – Trf Supervisor Telephone: 586 751 4670, Exts. 118 and 104 Facsimile: 586 851 4632 | Trade | | $3,187,651.00 |
| Dow Chemical Co. | 23030 Dow Center Midland, MI 48674-0001 Attn: David Breasseur Telephone: 989 636 0200 Facsimile: 989 638 9852 | Trade | | $2,907,545.00 |
| Bayer Corp. | 100 Bayer Road, Building 4 Pittsburgh PA 15205-9707 Attn: Sam Stewart Telephone: 248 475 7702 Facsimile: 248 377 9110 | Trade | | $2,809,678.00 |
| State of Michigan | 430 W. Allegan Street Lansing, MI 48918-0001 Attn: N/A Telephone: N/A Facsimile: N/A | Trade | | $2,591,837.00 |
| Invista Inc. | 601 S. LaSalle Street, Suite 310 Chicago, IL 60605-1725 Attn: N/A Telephone: N/A Facsimile: N/A | Trade | | $2,528,633.00 |

2

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Corrflex Packaging Llc | Attn:<br>Telephone:<br>Facsimile: | Trade | | $2,283,458.00 |
| Unum Life Insurance Co. | 2211 Congress Street<br>Portland, ME 04122-0002<br>Attn: Jess Tincher<br>Telephone: 704-571-3638<br>Facsimile: 704-571-3680 | Trade | | $2,078,181.00 |
| TG North America Corporation | 1400 Stephenson Highway<br>Troy, MI 48083<br>Attn: Raymond Soucie<br>Telephone: 248 280 2100<br>Facsimile: 248 280 2110 | Trade | | $2,068,953.00 |
| Progressive Moulded Products | 9024 Keele Street<br>Concord, Ontario L4K 2N2<br>Canada<br>Attn: Dan Thiffault<br>Telephone: 905-530-1633<br>Facsimile: 905-760-3371 | Trade | | $2,022,626.00 |
| Southco Inc. | 210 N. Brinton Lake Road<br>Concordville, PA 19331-9331<br>Attn: Lorraine Zinar<br>Telephone: 610 361 6643<br>Facsimile: 610 361 6082 | Trade | | $1,907,182.00 |
| Basf Corporation | 1609 Biddle Avenue<br>Wyandotte, MI 48192<br>Attn: Charlie Burrill<br>Telephone: 248 650 9321<br>Facsimile: 248 652 3634 | Trade | | $1,896,085.00 |
| Polyone Engineered Films Inc. | 6915 Rochester, Suite 100<br>Troy, MI 48085<br>Attn: Dennis Ruen<br>Telephone: 248 813 9380 Ext 19<br>Facsimile: 248 813 9390 | Trade | | $1,888,874.00 |
| Dupont Co. | 1007 N. Market Street<br>Wilmington, DE 19898-0001<br>Attn: Scott Thomas<br>Telephone: 704 586 7306<br>Facsimile: N/A | Trade | | $1,841,064.00 |

3

K&E 10030657.9

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Revenue Canada | Ottawa Technology Centre<br>875 Heron Road<br>Ottawa, Ontario K1A 9Z9<br>Canada<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $1,814,663.00 |
| Manpower | 30800 Northwestern Highway<br>Farmington Hills, MI 48334<br>Attn: C. Garland Walier<br>Telephone: 248 538 1262<br>Facsimile: 248 538 8916 | Trade | | $1,735,400.00 |
| Teknor Financial Corporation | PO Box 538308<br>Atlanta GA 30353<br>Attn: Bruce B Galletly<br>Telephone: 401-725-8000 x3185<br>Facsimile: 401-725-5160 | Trade | | $1,697,939.00 |
| Meridian Magnesium Products | 352 N. Main Street, Suite 1<br>Plymouth, MI 48170-1270<br>Attn: N/A<br>Telephone: 517-663-2700<br>Facsimile: 517-663-2714 | Trade | | $1,665,815.00 |
| Lake Erie Products Inc. | 321 Foster Avenue<br>Wood Dale, IL 60191<br>Attn: Lilia Roman<br>Telephone: 630-595-6250 x4649<br>Facsimile: N/A | Trade | | $1,565,815.00 |
| Visteon Climate Control | 3200 Greenfield Street<br>Dearborn, MI 48120<br>Attn: N/A<br>Telephone: 734-710-8340<br>Facsimile: N/A | Trade | | $1,532,753.00 |
| Janesville Products | 2700 Patterson Avenue<br>Grand Rapids, MI 49546<br>Attn: Laura Kelly<br>Telephone: 248-625-7544<br>Facsimile: 248-625-7442 | Trade | | $1,310,973.00 |

4

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Freudenberg Nok Inc. | 1014 E. Algonquin Road, Suite 103<br>Schaumburg, IL 60173<br>Attn: N/A<br>Telephone: 800-533-5656<br>Facsimile: N/A | Trade | | $1,256,097.00 |
| Select Industries Corporation | 240 Detrick Street<br>Dayton, OH 45404-1699<br>Attn: Christine Brown<br>Telephone: 937-233-9191<br>Facsimile: 937-233-7640 | Trade | | $1,245,278.00 |
| Pine River Plastics Inc. | 1111 Fred W. Moore Hwy.<br>St. Clair, MI 48079-4967<br>Attn: Barb Krzywiecki<br>Telephone: 810-329-8345<br>Facsimile: 810-329-9388 | Trade | | $1,225,329.00 |
| Acord Inc. | 2711 Product Drive<br>Rochester Hills, MI 48309-3810<br>Attn: John Livingston<br>Telephone: 248-852-6005<br>Facsimile: 248-852-6074 | Trade | | $1,206,563.00 |
| Uniform Color Service Co | 12003 Toepher Road<br>Warren, MI 48089-3171<br>7761 Finch Avenue<br>Jenison, MI 49428-9153<br>432 Mankin Street<br>Hopkins, MI 49328-9682<br>Attn: Randy Lueth<br>Telephone: 616-494-7526<br>Facsimile: 800-27-COLOR | Trade | | $1,108,903.00 |
| GE Polymerland | 4920 S. Monitor Avenue<br>Chicago, IL 60638-1544<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $1,097,100.00 |
| Health Alliance Medical | 102 E. Main Street, Suite 200<br>Urbana, IL 61801-2744<br>Attn: Robena Vance<br>Telephone: 248-443-1051<br>Facsimile: 248-443-0090 | Trade | | $1,066,555.00 |

K&E 10330697.9

Received by: Kurtzman Carson Consultants LLC on 5/17/2005 at 5:39:23 PM.

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| ER Wagner Manufacturing Co. | 4611 North 32nd Street Milwaukee, WI 53209-6023 Attn: Gary Torke Telephone: 414 449 8235 Facsimile: N/A | Trade | | $1,039,149.00 |
| Vari Form Inc. | 12341 E 9 Mile Rd Warren, MI 48089 Attn: Terry Nardone Telephone: 586-755-8938 Facsimile: 586-598-4494 | Trade | | $1,011,264.00 |
| Unique Fabricating Inc. | 800 Standard Parkway Auburn Hills, MI 48326-1415 Attn: Tom Tekieke Telephone: 248 853 2333 Facsimile: N/A | Trade | | $1,005,689.00 |
| Innet Division of Multimatic | 35 West Milmot Street Richmond Hill ONTARIO L4B 1L7 Attn: N/A Telephone: N/A Facsimile: N/A | Trade | | $987,237.00 |
| Fischer Automotive Systems | 1084 Doris Road Auburn Hills, MI 48326-2613 Attn: William Stiefel Telephone: 248-276-1940 Facsimile: 248-276-1942 | Trade | | $983,500.00 |
| Isp Elastomer | PO Box 4346 Houston, TX 77210 Attn: Tim Gorman Telephone: 409-724-8810 Facsimile: 409-724-8713 | Trade | | $972,279.00 |
| Valeo Inc. | 3000 University Drive Auburn Hills, MI 48326-2356 Attn: Jerry Ditrich Telephone: 248 340 3000 Facsimile: N/A | Trade | | $952,656.00 |
| Colbond Inc. | 1000 Abutment Road Dalton, GA 30721-4600 Attn: Don Brown Telephone: 828-665-5075 Facsimile: 828-665-5005 | Trade | | $912,436.00 |

6

Received by: Kurtzman Carson Consultants LLC on 5/17/2006 at 5:39:24 PM

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Intertex World Resources Ltd. | 500 Wedowee Street Bowdon, GA 30108-1541 Attn: Bill Weeks Telephone: 770-258-5551 Facsimile: 770-258-3901 | Trade | | $900,444.00 |
| Qrs 14 Paying Agent | 50 ROCKEFELLER LBBY2 New York, NY 10020-1605 Attn: N/A Telephone: N/A Facsimile: N/A | Trade | | $884,281.00 |
| Lear Corporation | 21557 Telegraph Road Southfield, MI 48034-4248 Attn: N/A Telephone: N/A Facsimile: N/A | Trade | | $842,647.00 |
| Dayton Bag & Burlap | 322 Davis Avenue Dayton, OH 45403-2910 Attn: Jeff Rutter Telephone: 937 258 8000 Ext. 131 Facsimile: N/A | Trade | | $837,589.00 |
| Valiant Tool & Mold Inc. | 1511 E 14 Mile Road Troy, MI 48083-4621 Attn: N/A Telephone: 519-251-4800 Facsimile: 519-944-7748 | Trade | | $824,601.00 |
| Riverfront Plastic Products | 780 Hillsdale Street Wyandotte, MI 48192-7120 Attn: George Tabry Telephone: 734 281 0440 Facsimile: 734 281 4483 | Trade | | $821,444.00 |

7

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, Jay B. Knoll, Vice President of Collins & Aikman Corporation, named as one of the debtors in these cases, declare under penalty of perjury that I have read the answers contained in the forgoing list of creditors and that they are true and correct to the best of my knowledge, information and belief.

Date: May 17, 2005

By: Jay B. Knoll

Title:. Vice President

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 357.

K&E 103306517.9