05-55932

(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Michigan<br>Southern Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Collins & Aikman Products Co. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>n/a | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>N/A |
| Soc. Sec/Tax I.D. No. (if more than one, state all):<br>13-0588710 | Soc. Sec./Tax I.D. No (if more than one, state all):<br>N/A |
| Street Address of Debtor (No & Street, City, State & Zip Code):<br>313 Bethany Road, Albemarle, NC 28001 | Street Address of Joint Debtor (No & Street, City, State & Zip Code):<br>N/A |
| County of Residence or of<br>the Principal Place of Business: Oakland | County of Residence or of<br>the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address):<br>same | Mailing Address of Joint Debtor (if different from street address):<br>N/A |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13 | |
| ☒ Corporation | ☐ Stockholder | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sn. 304 – Case ancillary to foreign proceeding | |
| ☐ Other ____ | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business  ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

Statistical/Administrative Information (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☒ |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☒ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☒ |

CASE ASSIGNED
TO JUDGE RHODES

(Official Form 1) (9/01)  
FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Collins & Aikman Products Co. |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed:<br>N/A |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>See Rider A | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtors(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____  
Signature of Debtors

X _____  
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

May ___, 2005  
Date

**Exhibit A**  
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition

**Exhibit B**  
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  
Signature of Attorney for Debtor(s)    Date

**Exhibit C**  
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.  
☒ No.

---

**Signature of Attorney**

X /s/ Richard M. Cieri  
Signature of Attorney for Debtor(s)  
Richard M. Cieri  
Printed Name of Attorney for Debtor(s)  
KIRKLAND & ELLIS LLP  
Firm Name  
153 East 53rd Street  
Address  
New York, New York 10022-4611  
(212) 446-4800  
Telephone Number  
May 17, 2005  
Date

**Signature of Attorney**

X _____  
Signature of Attorney for Debtor(s)  
Printed Name of Attorney for Debtor(s)  
Firm Name  
Address  
Telephone Number  
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____  
Printed Name of Bankruptcy Petition Preparer

_____  
Social Security Number

_____  
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____  
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Jay B. Knoll  
Signature of Authorized Individual  
Jay B. Knoll  
Printed Name of Authorized Individual  
Secretary  
Title of Authorized Individual  
May 17, 2005  
Date

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Collins & Aikman Products Co.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 05-_____ ( )<br>(Jointly Administered)<br><br>(Tax Identification #13-0588710) |

### Rider A

#### Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court jointly administer their chapter 11 cases for administrative purposes only.

Collins & Aikman Corporation
Amco Convertible Fabrics, Inc.
Becker Group, LLC (d/b/a Collins & Aikman Premier Mold)
Brut Plastics, Inc.
Collins & Aikman (Gibraltar) Limited
Collins & Aikman Accessory Mats, Inc. (f/k/a The Akro Corporation)
Collins & Aikman Asset Services, Inc.
Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.)
Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.)
Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exterior, Inc.)
Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.)
Collins & Aikman Automotive International, Inc.
Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.)
Collins & Aikman Automotive Mats, LLC
Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.)
Collins & Aikman Automotive Services, LLC

Collins & Aikman Canada Domestic Holding Company
Collins & Aikman Carpet & Acoustics (MI), Inc.
Collins & Aikman Carpet & Acoustics (TN), Inc.
Collins & Aikman Development Company
Collins & Aikman Europe, Inc.
Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.)
Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.)
Collins & Aikman Interiors, Inc.
Collins & Aikman International Corporation
Collins & Aikman Plastics, Inc.
Collins & Aikman Products Co.
Collins & Aikman Properties, Inc.
Comet Acoustics, Inc
CW Management Corporation
Dura Convertible Systems, Inc.
Gamble Development Company
JPS Automotive, Inc. (d/b/a PACJ, Inc.)
New Baltimore Holdings, LLC
Owosso Thermal Forming, LLC
Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators, Inc.)
Wickes Asset Management, Inc.
Wickes Manufacturing Company

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Collins & Aikman Products Co.,<br><br>                  Debtor. | Chapter 11<br><br>Case No.: 05-_____ (   )<br>(Jointly Administered)<br><br>(Tax Identification #13-0588710) |

**CONSOLIDATED LIST OF CREDITORS
HOLDING FIFTY LARGEST UNSECURED CLAIMS**

      The debtor in this chapter 11 case and certain domestics affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of the 50 largest unsecured creditors (the "Top 50 List") in lieu of separate lists of each Debtor's 50 largest unsecured creditors. Attached to the petition of Collins & Aikman Corporation is the Top 50 List based on the Debtors' books and records as of approximately May 13, 2005. The Top 50 List was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The Top 50 List does not include: (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (b) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 50 largest unsecured claims. The information presented in the Top 50 List shall not constitute an admission by the Debtors nor is it binding on the Debtors. The Debtors reserve all rights to challenge the priority, nature, amount or status of any claim or debt.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Collins & Aikman Products Co.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 05-_____ (     )<br>(Jointly Administered)<br><br>(Tax Identification #13-0588710) |

## DECLARATION REGARDING CONSOLIDATED LIST OF CREDITORS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to prepare a single consolidated list of creditors, without claim amounts (the "Consolidated Creditor List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted herewith on Diskette pursuant to Local Rule 1007-2, and subject to approval of the Court, as set forth in the Declaration Regarding Consolidated List of Creditors attached to the petition of Collins & Aikman Corporation. The Consolidated Creditor List contains the Debtors' list of creditors and potential creditors of which the Debtors are currently aware, and will be supplemented to the extent additional creditors are identified. To the extent practicable, the submitted Creditor List complies with Local Rule 1007-2 of the Bankruptcy Court for the Eastern District Court of Michigan, Southern Division.

The information contained herein is based upon a review of the Debtors' books and records. No comprehensive legal and/or factual investigations with regard to the accuracy of the information has been pursued. Therefore, this listing does not and should be deemed to constitute: (1) an acknowledgment of the accuracy of the identity of any interest holder or the amount of interest holdings of any particular holder; and/or (2) a waiver of any other right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 17, 2005

_____
Jay B. Knoll
Secretary

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Collins & Aikman Products Co.,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 05-_____ ( )<br>(Jointly Administered)<br><br>(Tax Identification #13-0588710) |

## LIST OF EQUITY SECURITY HOLDERS

The above-captioned debtor is a wholly owned direct or indirect subsidiary of Collins & Aikman Corporation.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Collins & Aikman Products Co.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 05-_____ ( )<br>(Jointly Administered)<br><br>(Tax Identification #13-0588710) |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Jay B. Knoll, Secretary of Collins & Aikman Products Co., declare under penalty of perjury that I have read the List of Equity Security Holders submitted herewith and that it is true and correct to the best of my information and belief, and will be supplemented to the extent additional information regarding equity security holders becomes available.

Dated: May 17, 2005

_____
Jay B. Knoll
Secretary

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COLLINS & AIKMAN CORPORATION, et al.[1] | ) Case No. _____ |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) (Tax Identification #13-3489233) |
| | ) |
| | ) Honorable _____ |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE FIFTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is the consolidated list of the creditors of Collins & Aikman Corporation, et al. and certain of its direct and indirect subsidiaries as debtors and debtors in possession (collectively, the "Debtors"), holding the fifty largest unsecured claims (the "List of Creditors") as of May 13, 2005. The List of Creditors is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. Unless otherwise indicated below, the List of Creditors does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims as of May 13, 2005.

---

[1] The Debtors in the proposed jointly administered cases include: Collins & Aikman Corporation; Amco Convertible Fabrics, Inc.; Becker Group, LLC (d/b/a/ Collins & Aikman Premier Mold); Brut Plastics, Inc.; Collins & Aikman (Gibraltar) Limited; Collins & Aikman Accessory Mats, Inc. (f/k/a the Akro Corporation); Collins & Aikman Asset Services, Inc.; Collins & Aikman Automotive (Argentina), Inc. (f/k/a Textron Automotive (Argentina), Inc.); Collins & Aikman Automotive (Asia), Inc. (f/k/a Textron Automotive (Asia), Inc.); Collins & Aikman Automotive Exteriors, Inc. (f/k/a Textron Automotive Exteriors, Inc.); Collins & Aikman Automotive Interiors, Inc. (f/k/a Textron Automotive Interiors, Inc.); Collins & Aikman Automotive International, Inc.; Collins & Aikman Automotive International Services, Inc. (f/k/a Textron Automotive International Services, Inc.); Collins & Aikman Automotive Mats, LLC; Collins & Aikman Automotive Overseas Investment, Inc. (f/k/a Textron Automotive Overseas Investment, Inc.); Collins & Aikman Automotive Services, LLC; Collins & Aikman Canada Domestic Holding Company; Collins & Aikman Carpet & Acoustics (MI), Inc.; Collins & Aikman Carpet & Acoustics (TN), Inc.; Collins & Aikman Development Company; Collins & Aikman Europe, Inc.; Collins & Aikman Fabrics, Inc. (d/b/a Joan Automotive Industries, Inc.); Collins & Aikman Intellimold, Inc. (d/b/a M&C Advanced Processes, Inc.); Collins & Aikman Interiors, Inc.; Collins & Aikman International Corporation; Collins & Aikman Plastics, Inc.; Collins & Aikman Products Co.; Collins & Aikman Properties, Inc.; Comet Acoustics, Inc.; CW Management Corporation; Dura Convertible Systems, Inc.; Gamble Development Company; JPS Automotive, Inc. (d/b/a PACJ, Inc.); New Baltimore Holdings, LLC; Owosso Thermal Forming, LLC; Southwest Laminates, Inc. (d/b/a Southwest Fabric Laminators Inc.); Wickes Asset Management, Inc.; and Wickes Manufacturing Company.

K&E 10330657.9

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| $10^{3/4}\%$ Senior Notes Due 2011 | BNY Midwest Trust Company<br>2 North LaSalle Street,<br>Suite 1020<br>Chicago, IL 60602<br>Attn: Roxane Ellwalleger<br>Telephone: 312-827-8500<br>Facsimile: N/A | Senior Note | | $500,000,000 |
| $12^{7/8}\%$ Senior Subordinated Notes Due December 2012 | BNY Midwest Trust Company<br>2 North LaSalle Street,<br>Suite 1020<br>Chicago, IL 60602<br>Attn: Mary Callahan<br>312-827-8500 | Senior Subordinated Note | | $400,000,000 |
| Delphi | 22954 Network Place<br>Chicago, IL 60673-1229<br>Attn: Sharon Van Zeeland<br>Telephone: 248 655 0842<br>Facsimile: 248 655 8932 | Trade | | $13,396,017.00 |
| Brown Corporation | 3441 Hidaway<br>Rochester Hills, MI 48306-1453<br>Attn: Mark Ferderber<br>Telephone: 616 527 4050<br>Facsimile: 616 527 3385 | Trade | | $10,347,225.00 |
| Unifi Inc. | 7201 West Friendly Avenue<br>Greensboro, NC 27410-6237<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $7,498,944.00 |
| Receiver General For Canada | 700 Leight Capreol<br>Dorval, Quebec, H4Y 1G7<br>Canada<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $5,471,901.00 |
| Exxon Chemicals | 13501 Katy Fwy<br>Houston, TX 77079-1305<br>Attn: Paul Hanson<br>Telephone: 281 584 7940<br>Facsimile: 281 584 7946 | Trade | | $4,150,807.00 |

K&E 10330657.9

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Canada Customs & Rev Agency | Attn: Receiver General<br>1-5 Notre Avenue<br>Sudbury, Ontario P3A 5C2<br>Canada<br>Centre Fiscal<br>Jonquiere, Quebec G7X 9A2<br>Canada<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $3,374,942.00 |
| Advanced Composites Inc. | 1062 South 4th Avenue<br>Sidney, OH 45365-8977<br>Attn: Rob Morgan<br>Telephone: 248 344 2879<br>Facsimile: 248 465 0134 | Trade | | $3,264,050.00 |
| Nolan & Cunnings Inc. | 28800 Mound Road<br>Warren, MI 48092<br>Attn: Jonathan Vigliarola – General Manager<br>Patrick Coyne – Trf Supervisor<br>Telephone: 586 751 4670, Exts. 118 and 104<br>Facsimile: 586 851 4632 | Trade | | $3,187,651.00 |
| Dow Chemical Co. | 23030 Dow Center<br>Midland, MI 48674-0001<br>Attn: David Breasseur<br>Telephone: 989 636 0200<br>Facsimile: 989 638 9852 | Trade | | $2,907,545.00 |
| Bayer Corp. | 100 Bayer Road, Building 4<br>Pittsburgh PA 15205-9707<br>Attn: Sam Stewart<br>Telephone: 248 475 7702<br>Facsimile: 248 377 9110 | Trade | | $2,809,678.00 |
| State of Michigan | 430 W. Allegan Street<br>Lansing, MI 48918-0001<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $2,591,837.00 |
| Invista Inc. | 601 S. LaSalle Street, Suite 310<br>Chicago, IL 60605-1725<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $2,528,633.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Corrflex Packaging Llc | Attn: Telephone: Facsimile: | Trade | | $2,283,458.00 |
| Unum Life Insurance Co. | 2211 Congress Street Portland, ME 04122-0002 Attn: Jess Tincher Telephone: 704-571-3638 Facsimile: 704-571-3680 | Trade | | $2,078,181.00 |
| TG North America Corporation | 1400 Stephenson Highway Troy, MI 48083 Attn: Raymond Soucie Telephone: 248 280 2100 Facsimile: 248 280 2110 | Trade | | $2,068,953.00 |
| Progressive Moulded Products | 9024 Keele Street Concord, Ontario L4K 2N2 Canada Attn: Dan Thiffault Telephone: 905-530-1633 Facsimile: 905-760-3371 | Trade | | $2,022,626.00 |
| Southco Inc. | 210 N. Brinton Lake Road Concordville, PA 19331-9331 Attn: Lorraine Zinar Telephone: 610 361 6643 Facsimile: 610 361 6082 | Trade | | $1,907,182.00 |
| Basf Corporation | 1609 Biddle Avenue Wyandotte, MI 48192 Attn: Charlie Burrill Telephone: 248 650 9321 Facsimile: 248 652 3634 | Trade | | $1,896,085.00 |
| Polyone Engineered Films Inc. | 6915 Rochester, Suite 100 Troy, MI 48085 Attn: Dennis Ruen Telephone: 248 813 9380 Ext 19 Facsimile: 248 813 9390 | Trade | | $1,888,874.00 |
| Dupont Co. | 1007 N. Market Street Wilmington, DE 19898-0001 Attn: Scott Thomas Telephone: 704 586 7306 Facsimile: N/A | Trade | | $1,841,064.00 |

3

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Revenue Canada | Ottawa Technology Centre<br>875 Heron Road<br>Ottawa, Ontario K1A 9Z9<br>Canada<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $1,814,663.00 |
| Manpower | 30800 Northwestern Highway<br>Farmington Hills, MI 48334<br>Attn: C. Garland Waller<br>Telephone: 248 538 1262<br>Facsimile: 248 538 8916 | Trade | | $1,735,400.00 |
| Teknor Financial Corporation | PO Box 538308<br>Atlanta GA 30353<br>Attn: Bruce B Galletly<br>Telephone: 401-725-8000 x3185<br>Facsimile: 401-725-5160 | Trade | | $1,697,939.00 |
| Meridian Magnesium Products | 352 N. Main Street, Suite 1<br>Plymouth, MI 48170-1270<br>Attn: N/A<br>Telephone: 517-663-2700<br>Facsimile: 517-663-2714 | Trade | | $1,665,815.00 |
| Lake Erie Products Inc. | 321 Foster Avenue<br>Wood Dale, IL 60191<br>Attn: Lilia Roman<br>Telephone: 630-595-6250 x4649<br>Facsimile: N/A | Trade | | $1,565,815.00 |
| Visteon Climate Control | 3200 Greenfield Street<br>Dearborn, MI 48120<br>Attn: N/A<br>Telephone: 734-710-8340<br>Facsimile: N/A | Trade | | $1,532,753.00 |
| Janesville Products | 2700 Patterson Avenue<br>Grand Rapids, MI 49546<br>Attn: Laura Kelly<br>Telephone: 248-625-7544<br>Facsimile: 248-625-7442 | Trade | | $1,310,973.00 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Freudenberg Nok Inc. | 1014 E. Algonquin Road, Suite 103<br>Schaumburg, IL 60173<br>Attn: N/A<br>Telephone: 800-533-5656<br>Facsimile: N/A | Trade | | $1,256,097.00 |
| Select Industries Corporation | 240 Detrick Street<br>Dayton, OH 45404-1699<br>Attn: Christine Brown<br>Telephone: 937-233-9191<br>Facsimile: 937-233-7640 | Trade | | $1,245,278.00 |
| Pine River Plastics Inc. | 1111 Fred W. Moore Hwy.<br>St. Clair, MI 48079-4967<br>Attn: Barb Krzywiecki<br>Telephone: 810-329-8345<br>Facsimile: 810-329-9388 | Trade | | $1,225,329.00 |
| Acord Inc. | 2711 Product Drive<br>Rochester Hills, MI 48309-3810<br>Attn: John Livingston<br>Telephone: 248-852-6005<br>Facsimile: 248-852-6074 | Trade | | $1,206,563.00 |
| Uniform Color Service Co | 12003 Toepher Road<br>Warren, MI 48089-3171<br>7761 Finch Avenue<br>Jenison, MI 49428-9153<br>432 Mankin Street<br>Hopkins, MI 49328-9682<br>Attn: Randy Lueth<br>Telephone: 616-494-7526<br>Facsimile: 800-27-COLOR | Trade | | $1,108,903.00 |
| GE Polymerland | 4920 S. Monitor Avenue<br>Chicago, IL 60638-1544<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $1,097,100.00 |
| Health Alliance Medical | 102 E. Main Street, Suite 200<br>Urbana, IL 61801-2744<br>Attn: Robena Vance<br>Telephone: 248-443-1051<br>Facsimile: 248-443-0090 | Trade | | $1,066,555.00 |

5

K&E 10130657.9

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| ER Wagner Manufacturing Co. | 4611 North 32nd Street<br>Milwaukee, WI 53209-6023<br>Attn: Gary Torke<br>Telephone: 414 449 8235<br>Facsimile: N/A | Trade | | $1,039,149.00 |
| Vari Form Inc. | 12341 E 9 Mile Rd<br>Warren, MI 48089<br>Attn: Terry Nardone<br>Telephone: 586-755-8938<br>Facsimile: 586-598-4494 | Trade | | $1,011,264.00 |
| Unique Fabricating Inc. | 800 Standard Parkway<br>Auburn Hills, MI 48326-1415<br>Attn: Tom Tekieke<br>Telephone: 248 853 2333<br>Facsimile: N/A | Trade | | $1,005,689.00 |
| Inmet Division of Multimatic | 35 West Milmot Street<br>Richmond Hill<br>ONTARIO L4B 1L7<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $987,237.00 |
| Fischer Automotive Systems | 1084 Doris Road<br>Auburn Hills, MI 48326-2613<br>Attn: William Stiefel<br>Telephone: 248-276-1940<br>Facsimile: 248-276-1942 | Trade | | $983,500.00 |
| Isp Elastomer | PO Box 4346<br>Houston, TX 77210<br>Attn: Tim Gorman<br>Telephone: 409-724-8810<br>Facsimile: 409-724-8713 | Trade | | $972,279.00 |
| Valeo Inc. | 3000 University Drive<br>Auburn Hills, MI 48326-2356<br>Attn: Jerry Ditrich<br>Telephone: 248 340 3000<br>Facsimile: N/A | Trade | | $952,656.00 |
| Colbond Inc. | 1000 Abutment Road<br>Dalton, GA 30721-4600<br>Attn: Don Brown<br>Telephone: 828-665-5075<br>Facsimile: 828-665-5005 | Trade | | $912,436.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number, and complete mailing address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (If secured also state value of security) |
|---|---|---|---|---|
| Intertex World Resources Ltd. | 500 Wedowee Street<br>Bowdon, GA 30108-1541<br>Attn: Bill Weeks<br>Telephone: 770-258-5551<br>Facsimile: 770-258-3901 | Trade | | $900,444.00 |
| Qrs 14 Paying Agent | 50 ROCKEFELLER LBBY2<br>New York, NY 10020-1605<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $884,281.00 |
| Lear Corporation | 21557 Telegraph Road<br>Southfield, MI 48034-4248<br>Attn: N/A<br>Telephone: N/A<br>Facsimile: N/A | Trade | | $842,647.00 |
| Dayton Bag & Burlap | 322 Davis Avenue<br>Dayton, OH 45403-2910<br>Attn: Jeff Rutter<br>Telephone: 937 258 8000 Ext. 131<br>Facsimile: N/A | Trade | | $837,589.00 |
| Valiant Tool & Mold Inc. | 1511 E 14 Mile Road<br>Troy, MI 48083-4621<br>Attn: N/A<br>Telephone: 519-251-4800<br>Facsimile: 519-944-7748 | Trade | | $824,601.00 |
| Riverfront Plastic Products | 780 Hillsdale Street<br>Wyandotte, MI 48192-7120<br>Attn: George Tabry<br>Telephone: 734 281 0440<br>Facsimile: 734 281 4483 | Trade | | $821,444.00 |

7

K&E 10330657.9

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, Jay B. Knoll, Vice President of Collins & Aikman Corporation, named as one of the debtors in these cases, declare under penalty of perjury that I have read the answers contained in the forgoing list of creditors and that they are true and correct to the best of my knowledge, information and belief.

Date: May 17, 2005

By: Jay B. Knoll

Title: Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 357.