**E-FILED**
Monday, 19 September, 2005  04:42:10 PM
Clerk, U.S. District Court, ILCD

09879-P5581
RPK/dkl
G:\81\P5581\P5581PMI 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | LAW NO.: 04-CV-2072 |
| ) | |
| COLLINS & AIKMAN PRODUCTS, ) | |
| CO., INC., f/k/a RANTOUL TEXTRON ) | |
| PRODUCTS, CO., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

Richard P. Klaus of Heyl, Royster, Voelker & Allen, respectfully moves this Court for leave to withdraw as counsel of record for the Defendants. For his motion, Richard P. Klaus states as follows:

1.      Richard P. Klaus has been appointed an associate circuit judge for the Sixth Judicial Circuit, Champaign County, Illinois. The appointment was certified by the Administrative Office of the Illinois Courts on September 13, 2005. Pursuant to the Order of the Presiding Judge of the Sixth Judicial Circuit, the appointment becomes effective on September 30, 2005.

2.      Pursuant to the Illinois Code of Judicial Conduct, as of September 30, 2005, Richard P. Klaus is required to devote full time to the duties of associate circuit judge, and is further obligated to cease practicing law.

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

WHEREFORE, Defendants respectfully request that this Court enter an Order granting

Richard P. Klaus leave to withdraw his appearance.

                                        Respectfully submitted:

                                        s/  Richard P. Klaus
                                        Attorney for Defendant
                                        Heyl, Royster, Voelker & Allen
                                        Suite 300
                                        102 E. Main Street
                                        P.O. Box 129
                                        Urbana, IL 61803-0129
                                        217-344-0060 Phone
                                        217-344-9295 Fax
                                        E-mail:  rklaus@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2005, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ora J. Baer, II
Law Offices of Ora J. Baer, II
Suite 201
810 West Springfield Avenue
P.O. Box 176
Champaign, IL  61824-0176

Ms. Nicole M. Monachino
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

Mr. Jeffrey B. Kieper
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

and I hereby certify that I have mailed by United States Postal Service the document to the
following non-CM/ECF participants:

Ms. Shannon L. Shinaberry
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

s/  Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail:  rklaus@hrva.com

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3