09879-P5581
EMW/slc
G:\81\P5581\P5581EOA 003

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 04 CV 2072 |
| | ) |
| COLLINS & AIKMAN PRODUCTS CO., INC., | ) |
| f/k/a RANTOUL TEXTRON PRODUCTS CO., | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

NOW COMES Edward M. Wagner of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the defendant, COLLINS & AIKMAN PRODUCTS CO., INC., f/k/a RANTOUL TEXTRON PRODUCTS CO. Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

COLLINS & AIKMAN PRODUCTS CO., INC.,
f/k/a RANTOUL TEXTRON PRODUCTS CO.,
Defendant

s/Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

### CERTIFICATE OF SERVICE

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

I hereby certify that on September 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Mr. Ora J. Baer, II<br>Law Offices of Ora J. Baer, II<br>Suite 201<br>810 West Springfield Avenue<br>P.O. Box 176<br>Champaign, IL  61824-0176 | Ms. Nicole M. Monachino<br>McDonald Hopkins Co., LPA<br>Suite 2100<br>600 Superior Ave. E<br>Cleveland, OH 44114 |

Mr. Jeffrey B. Kieper
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ms. Shannon L. Shinaberry
McDonald Hopkins Co., LPA
Suite 2100
600 Superior Ave. E
Cleveland, OH 44114

        s/Edward M. Wagner
        Attorney for Defendants
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: ewagner@hrva.com

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2