09879-P5581
MHS/njk
G:\81\P5581\P5581PMI 003

E-FILED
Friday, 13 April, 2007 11:43:23 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 04-CV-2072 |
| COLLINS & AIKMAN PRODUCTS, CO., INC., f/k/a RANTOUL TEXTRON PRODUCTS, CO., | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Monica H. Sholar of Heyl, Royster, Voelker & Allen, respectfully moves this Court for leave to withdraw as counsel of record for the Defendants. For her motion, Monica H. Sholar states as follows:

1. Monica H. Sholar is leaving the firm of Heyl, Royster, Voelker & Allen in order to pursue employment with the law firm of Akin, Gump, Strauss, Hauer & Feld, LLP, in Washington, D.C.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting Monica H. Sholar leave to withdraw her appearance.

Respectfully submitted,

By:   s/ Monica H. Sholar
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: msholar@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

## CERTIFICATE OF SERVICE

      I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ora J. Baer, II
Law Offices of Ora J. Baer, II
Suite 201
810 West Springfield Avenue
P. O. Box 176
Champaign, IL  61824-0176

 

                                   s/  Monica H. Sholar
                                   Attorney for Defendants
                                   Heyl, Royster, Voelker & Allen
                                   Suite 300
                                   102 E. Main Street
                                   P.O. Box 129
                                   Urbana, IL 61803-0129
                                   217-344-0060 Phone
                                   217-344-9295 Fax
                                   E-mail:  msholar@hrva.com

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2