IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 04-CV-2072 |
| ) | |
| COLLINS & AIKMAN PRODUCTS, ) | |
| CO., INC., f/k/a RANTOUL TEXTRON ) | |
| PRODUCTS, CO., ) | |
| ) | |
| Defendants. ) | |

## PROPOSED DISCOVERY PLAN UNDER RULE 26(f)

NOW COME the Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, and the Defendant, Collins & Aikman Products Co., Inc., f/k/a Rantoul Textron Products Co., by Edward M. Wagner of Heyl, Royster, Voelker & Allen, its attorneys, and propose the following Discovery Plan for consideration and implementation by the Court:

1. The deadline for joinder of additional parties and/or amendment of the pleadings shall be March 15, 2008.

2. Expert witnesses shall be disclosed and a written report produced pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:

    a. Plaintiff's expert(s):  June 15, 2008

    b. Defendant's expert(s):  September 15, 2008

3. The depositions of expert witnesses shall be taken by:

    a. Plaintiff's expert(s):  August 15, 2008

    b. Defendant's expert(s):  November 15, 2008

4. All discovery shall be completed by December 15, 2008. Any written Interrogatories or Request for Production shall be served by a date that allows the served party the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cutoff date.

5. Dispositive motions shall be filed no later than February 1, 2009. Responses and Replies shall be filed in accordance with Rule 7.1 of the Local Rules of the United States District Court for the Central District of Illinois.

6. A jury trial shall be scheduled for March 2009 or April 2009, or as soon thereafter as the Court may be able to schedule such a jury trial.

7. A Final Pre-Trial Conference shall be scheduled by the Court in accordance with its calendar.

Respectfully submitted,                                      Respectfully submitted,


By: s/Ora J. Baer, II                                        By: s/Edward M. Wagner
Attorney for Plaintiff                                       Attorney for Defendant
Law Offices of Ora J. Baer, II                               Heyl, Royster, Voelker & Allen
206 N. Randolph, Suite 1                                     102 E. Main Street, Suite 300
Post Office Box 176                                          Post Office Box 129
Champaign, IL  61824-0176                                    Urbana, IL  61803-0129
Ph:  217/352-6338                                            Ph:  217/344-0060
Fax:  217/352-1904                                           Fax:  217/344-9295
E-mail:  Luxbaer@peoplepc.com                                E-mail:  ewagner@hrva.com