UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-2072 |
| | ) |
| COLLINS & AIKMAN PRODUCTS CO., INC., | ) |
| f/k/a RANTOUL TEXTRON PRODUCTS CO., | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF COMPLIANCE

    The Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, hereby certifies that a copy of the "Federal Rule of Civil Procedure 26(a)(1) Disclosures by Plaintiff" was served upon the Defendant by mailing a copy of the same to its counsel by enclosing the same in an envelope addressed as set forth below and by depositing said envelope with first-class postage fully prepaid in the United States Mail in Champaign, Illinois, on the 28th day of November, 2007:

> Mr. Edward M. Wagner
> Heyl, Royster, Voelker & Allen
> **Attorneys for Defendant**
> 102 East Main Street -- Suite 300
> P.O. Box 129
> Urbana, IL  61803-0129

    The Plaintiff also certifies that on November 28, 2007, he electronically filed the foregoing "Certificate of Compliance" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the aforesaid.

> /s Ora J. Baer, II
> Law Offices of Ora J. Baer, II
> **Attorney for Plaintiff**
> 206 North Randolph, Suite 1
> P.O. Box 176
> Champaign, IL  61824-0176
> Telephone:  (217) 352-6338
> Fax:  (217) 352-1904
> Email:  Luxbaer@peoplepc.com