UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **MARTIN STAMM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2072 |
| | ) | |
| **COLLINS & AIKMAN PRODUCTS CO., INC.,** | ) | |
| **f/k/a RANTOUL TEXTRON PRODUCTS CO.,** | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

The Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, hereby certifies that a copy of the "Plaintiff's Disclosure of Expert Testimony" (previously served upon Defendant's predecessor counsel on January 13, 2005) was served upon the Defendant as follows:

> Mr. Edward M. Wagner
> Heyl, Royster, Voelker & Allen
> **Attorneys for Defendant**
> 102 East Main Street -- Suite 300
> P.O. Box 129
> Urbana, IL  61803-0129

by enclosing the same in an envelope plainly addressed as aforesaid and by depositing said envelope with first-class postage fully prepaid in an United States Post Office mail box in Champaign, Illinois, on the 28th day of November, 2007.

**MARTIN STAMM, Plaintiff**

**BY LAW OFFICES OF ORA J. BAER, II**

s/Ora J. Baer, II

**PROOF OF SERVICE**

      I hereby certify that on November 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

      **Mr. Edward M. Wagner**
      **Heyl, Royster, Voelker & Allen**
      **Attorneys for Defendant**
      **102 East Main Street -- Suite 300**
      **P.O. Box 129**
      **Urbana, IL  61803-0129**

        **s/ Ora J. Baer, II**
        **Law Offices of Ora J. Baer, II**
        **Attorney for Plaintiff**
        **206 North Randolph, Suite 1**
        **P.O. Box 176**
        **Champaign, IL  61824-0176**
        **Telephone:  (217) 352-6338**
        **Fax:  (217) 352-1904**
        **E-mail:  Luxbaer@peoplepc.com**