09879-P5581
EMW/slc
G:\81\P5581\P5581DCC 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 04-CV-2072 |
| ) | |
| COLLINS & AIKMAN PRODUCTS, ) | |
| CO., INC., f/k/a RANTOUL TEXTRON ) | |
| PRODUCTS, CO., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the 30th day of November, 2007, he served a copy of **DEFENDANT'S F.R.Civ.P. 26 DISCLOSURE** on the plaintiff by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Ora J. Baer, II
Law Offices of Ora J. Baer, II
Suite 201
810 West Springfield Avenue
P. O. Box 176
Champaign, IL  61824-0176

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

As requested by the Federal Court of the Central District of Illinois, the original of said **DEFENDANT'S F.R.Civ.P. 26 DISCLOSURE** was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

                                                    COLLINS & AIKMAN PRODUCTS CO., INC., f/k/a RANTOUL TEXTRON PRODUCTS CO., Defendant

By:   s/ Edward M. Wagner
        Attorney for Defendant
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2