E-FILED
Friday, 30 November, 2007  02:06:38 PM
Clerk, U.S. District Court, ILCD

09879-P5581
EMW/slc
G:\81\P5581\P5581PMI 006

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 04-CV-2072 |
| ) | |
| COLLINS & AIKMAN PRODUCTS, ) | |
| CO., INC., f/k/a RANTOUL TEXTRON ) | |
| PRODUCTS, CO., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Edward M. Wagner of Heyl, Royster, Voelker & Allen, on his own behalf and on behalf of his firm, and hereby requests that this Court enter an Order allowing him and his firm to withdrawal as counsel of record for the defendant, COLLINS & AIKMAN PRODUCTS CO., INC., f/k/a RANTOUL TEXTRON PRODUCTS CO., and in support thereof further states:

1.      That the defendant has been involved in an extended bankruptcy proceeding, from which it recently emerged.  That the defendant has instructed the undersigned attorney and his firm to withdraw as defense counsel of record for the defendant.

2.      That on November 29, 2007, plaintiff's counsel has been informed of this instruction to defense counsel to withdraw, and in further discussing this matter on November 30, 2007, plaintiff indicates he will be objecting to this motion.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3.    That all further notices, pleadings or any other required document for service

should be served upon:

> Stacy L. Fox
> Executive Vice President and General Counsel
> Collins & Aikman Corporation
> 25300 Telegraph Road, Suite 530
> Southfield, MI 48033
> (248) 799-9231
> Fax: (248) 799-9030

WHEREFORE, the undersigned attorney, Edward M. Wagner, on his own behalf and on

behalf of his firm, Heyl, Royster, Voelker & Allen, hereby requests that this Court enter an

Order allowing him and his law firm to withdraw as attorney of record for the defendant in this

case.

Further, it is requested that any other relief which is deemed just and equitable under the

circumstances also be granted by this Court.

COLLINS & AIKMAN PRODUCTS CO.,
INC., f/k/a RANTOUL TEXTRON
PRODUCTS CO., Defendant


By:    s/  Edward M. Wagner
       Attorney for Defendant
       Heyl, Royster, Voelker & Allen
       Suite 300, 102 E. Main Street
       P.O. Box 129
       Urbana, IL 61803-0129
       217-344-0060 Phone
       217-344-9295 Fax
       E-mail: ewagner@hrva.com

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Ora J. Baer, II
Law Offices of Ora J. Baer, II
Suite 201
810 West Springfield Avenue
P. O. Box 176
Champaign, IL  61824-0176

s/Edward M. Wagner
Edward M. Wagner
Attorney for Defendant
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail:  ewagner@hrva.com

**HEYL ROYSTER
VOELKER
&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060