**E-FILED**
Monday, 10 December, 2007  03:48:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARTIN STAMM,        )
                     )
        Plaintiff,   )        04-2072
  v.                 )
                     )
COLLINS & AIKMAN PRODUCTS CO.,  )
f/k/a RANTOUL TEXTRON           )
PRODUCTS CO.,                   )
                     )
        Defendants.  )

## CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Federal Rule of Civil Procedure 16. The plaintiff appeared through Ora J. Baer, II, Esq. The defendant appeared through Edward M. Wagner, Esq.

The minutes of the proceedings are noted in the docket by minute entry dated December 7, 2007.

The parties have presented a proposed discovery plan which is adopted by the court, amended, and supplemented as followed.

1. The defendant's expert witnesses shall be disclosed and a written report provided by August 15, 2008.

2. The depositions of expert witnesses shall be taken by:
    a. Plaintiff's expert(s): July 15, 2008.
    b. Defendant's expert(s): September 15, 2008.

3. All discovery is to be completed by September 15, 2008.

4. The deadline for filing case dispositive motions is October 1, 2008. Responses and replies shall be filed in accordance with this court's Local Rules.

5. A final pretrial conference is scheduled for December 18, 2008 at 1:30 p.m. by personal appearance.

6. Jury selection and jury trial are scheduled to begin on January 12, 2009.

Enter this 10th of December, 2007.

**s/Harold A. Baker**
_____
Harold A. Baker
United States District Judge