E-FILED
Monday, 31 March, 2008  03:48:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **MARTIN STAMM,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) No. 04-2072 |
| **COLLINS & AIKMAN PRODUCTS CO., INC.,** f/k/a **RANTOUL TEXTRON PRODUCTS CO.,** | ) ) ) ) |
| **Defendant.** | ) |

### NOTICE OF ACTIONS TAKEN

Now comes the Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, and hereby gives notice of the following actions that have been taken to pursue adjudication of his claim in this Court:

1. That on January 30, 2008, he filed a "Motion for Transfer of Venue" in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division, requesting that the Plaintiff's "Complaint and Demand for Jury Trial" be transferred for trial in this Court. Ruling on that Motion is presently pending.

2. That the Plaintiff has also transmitted a "Motion for Leave to File an Amended Motion for Transfer of Venue" and a "Reply to Collins and Aikman Litigation Trust Response in Opposition to Martin Stamm's Motion for Transfer of Venue" in the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, for filing.

3. That the Plaintiff's non-party witnesses are subject to subpoena for appearance before the United States District Court for the Central District of Illinois, and are not subject to appearance by subpoena before the United States Bankruptcy Court for the

Eastern District of Michigan, Southern Division, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

        MARTIN STAMM, Plaintiff

        /s Ora J. Baer, II
        Law Offices of Ora J. Baer, II
        Attorney for Plaintiff
        206 North Randolph, Suite 1
        P.O. Box 176
        Champaign, IL  61824-0176
        Telephone:  (217) 352-6338
        Fax:  (217) 352-1904
        Email:  Luxbaer@peoplepc.com