E-FILED
Tuesday, 29 April, 2008  03:43:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **MARTIN STAMM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 04-2072 |
| | ) | |
| **COLLINS & AIKMAN PRODUCTS CO., INC.,** | ) | |
| **f/k/a RANTOUL TEXTRON PRODUCTS CO.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STATUS REPORT

Now comes the Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, and hereby gives notice of the following actions that have been taken to pursue adjudication of his claim in this Court:

1.  That Plaintiff Martin Stamm's "Motion for Transfer of Venue" and "Amended Motion for Transfer of Venue", which request transfer of the adjudication of the Plaintiff's claim from the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division, to the District Court for the Central District of Illinois, Urbana Division, have been set for hearing before the aforesaid bankruptcy court on May 22, 2008, at 2:00 p.m.

> MARTIN STAMM, Plaintiff
> /s Ora J. Baer, II
> Law Offices of Ora J. Baer, II
> Attorney for Plaintiff
> 206 North Randolph, Suite 1
> P.O. Box 176
> Champaign, IL  61824-0176
> Telephone:  (217) 352-6338
> Fax:  (217) 352-1904
> Email:  orabaer@att.net