UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 04-2072 |
| COLLINS & AIKMAN PRODUCTS CO., INC., f/k/a RANTOUL TEXTRON PRODUCTS CO., | ) ) ) ) |
| Defendant. | ) |

## STATUS REPORT

Now comes the Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, and hereby gives notice of the following actions that have been taken to pursue adjudication of his claim in this Court:

1. That Plaintiff Martin Stamm's "Motion for Transfer of Venue" and "Amended Motion for Transfer of Venue", which request transfer of the adjudication of the Plaintiff's claim from the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division, to the District Court for the Central District of Illinois, Urbana Division, were argued before Bankruptcy Judge Steven W. Rhodes on May 22, 2008. At the culmination of that hearing, Judge Rhodes transferred the Motions for hearing and a decision, pursuant to 28 U.S.C. 157, to the District Court for the Eastern District of Michigan. The District Court for the Eastern District of Michigan has neither scheduled an additional hearing nor has it made a decision with respect to the Plaintiff's Motions.

MARTIN STAMM, Plaintiff

/s Ora J. Baer, II
Law Offices of Ora J. Baer, II
Attorney for Plaintiff
206 North Randolph, Suite 1
P.O. Box 176
Champaign, IL  61824-0176
Telephone:  (217) 352-6338
Fax:  (217) 352-1904
Email:  orabaer@att.net