E-FILED
Monday, 07 July, 2008   04:28:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 04-2072 |
| | ) |
| COLLINS & AIKMAN PRODUCTS CO., INC., | ) |
| f/k/a RANTOUL TEXTRON PRODUCTS CO., | ) |
| | ) |
| Defendant. | ) |

## STATUS REPORT

Now comes the Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, and hereby gives notice of the following actions or non-actions that have occurred relating to the adjudication of his claim in this Court:

1.  That Plaintiff Martin Stamm's "Motion for Transfer of Venue" and "Amended Motion for Transfer of Venue", which request transfer of the adjudication of the Plaintiff's claim from the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division, to the United States District Court for the Central District of Illinois, Urbana Division, were transferred by the bankruptcy court to the United States District Court for the Eastern District of Michigan for hearing and decision pursuant to 28 U.S.C. 157.  That no written order has been received from the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division, relating to the aforesaid transfer.  At present, the United States District Court for the Eastern District of Michigan has neither scheduled an additional hearing nor has it made a decision with respect to the Plaintiff's motions.

MARTIN STAMM, Plaintiff

/s Ora J. Baer, II
Law Offices of Ora J. Baer, II
Attorney for Plaintiff
206 North Randolph, Suite 1
P.O. Box 176
Champaign, IL  61824-0176
Telephone:  (217) 352-6338
Fax:  (217) 352-1904
Email:  orabaer@att.net