E-FILED
Wednesday, 09 July, 2008  11:40:39 AM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARTIN STAMM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2072 |
| | ) | |
| COLLINS & AIKMAN PRODUCTS CO., INC., | ) | |
| f/k/a RANTOUL TEXTRON PRODUCTS CO., | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED STATUS REPORT

Now comes the Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, and for his amended status report, filed pursuant to the docket order of July 8, 2008, states:

1. That Martin Stamm's "Motion for Transfer of Venue" and "Amended Motion for Transfer of Venue" are both pending in Case No. 05-55927 (SWR) in the United States Bankruptcy Court, Eastern District of Michigan, Southern Division. That after oral argument on the aforesaid motions on May 22, 2008, Bankruptcy Judge Steven Rhodes stated that he would transfer the aforesaid motions to the United States District Court for the Eastern District of Michigan for further proceedings. No separate court file has been established and no separate case number has been assigned to the aforesaid motions by the United States District Court for the Eastern District of Michigan.

2. The Plaintiff's "Motion for Transfer of Venue", a copy of which (except for exhibits) is attached hereto, was filed January 30, 2008, pursuant to an Order, a copy of which is attached hereto, entered on January 30, 2008.

3.  The Plaintiff's "Amended Motion for Transfer of Venue", a copy of which (except for exhibits) is attached hereto, was filed April 8, 2008, pursuant to an Order, a copy of which is attached hereto, entered on April 8, 2008.

> MARTIN STAMM, Plaintiff
>
> /s Ora J. Baer, II
> Law Offices of Ora J. Baer, II
> Attorney for Plaintiff
> 206 North Randolph, Suite 1
> P.O. Box 176
> Champaign, IL  61824-0176
> Telephone:  (217) 352-6338
> Fax:  (217) 352-1904
> Email:  orabaer@att.net