**E-FILED**
Wednesday, 09 July, 2008  11:41:03 AM
Clerk, U.S. District Court, ILCD

**IN THE**
**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Collins & Aikman Corporation,** | ) | **Chapter 11** |
| et al., | ) | **Case No. 05-55927 (SWR)** |
| | ) | **Honorable Steven W. Rhodes** |
| Debtors. | ) | |

## MOTION FOR TRANSFER OF VENUE

Now comes the creditor, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, and respectfully moves that venue for the adjudication of his claim as a general unsecured creditor be transferred, pursuant to the provisions of 28 U.S.C. 1412, to the United States District Court for the Central District of Illinois, Urbana Division, and in support thereof represents as follows:

1. That on April 13, 2004, the creditor filed a "Complaint and Demand for Jury Trial" against Collins & Aikman, Inc., in the United States District Court for the Central District of Illinois, Urbana Division, No. 04-CV-2072, under the Americans with Disabilities Act, 42 U.S.C. 12101, et seq., prior to the debtor's, Collins & Aikman Corp., et al., filing its petition for relief under Chapter 11 of the Bankruptcy Code on May 17, 2005.

2. That resolution of the creditor's action in the United States District Court for the Central District of Illinois has been held in abeyance pending resolution of the debtor's bankruptcy proceedings.

3. That the creditor filed a Proof of Claim, a copy of which is attached hereto, on or about January 11, 2006, based on the cause of action alleged in the complaint filed in the United States District Court for the Central District of Illinois.

4. That on July 18, 2007, the bankruptcy court entered an "Order Confirming First Amended Joint Plan of Collins and Aikman Corporation and Its Debtor Subsidiaries" which provided, inter alia, that each tort claim will remain a disputed claim until it becomes an allowed claim by a final order.

5. That the Urbana Division of the United States District Court for the Central District of Illinois, is located in Champaign County, Illinois; that the creditor, Martin Stamm, has been a resident of Champaign County, Illinois, since the underlying cause of action accrued in 2001; that the creditor's cause of action accrued at the debtor's facility in Champaign County, Illinois; that most, if not all, of the witnesses relating to the cause of action were residents of Champaign County, Illinois; that the debtor was represented by local counsel (Edward M. Wagner of Heyl, Royster, Voelker & Allen) in the Central District of Illinois cause of action until December 7, 2007.

6. That it would be economically prohibitive for the creditor to prosecute his claim in the bankruptcy court for the Eastern District of Michigan, Southern Division.

7. That in the interests of justice, or for the convenience of the parties, this cause should be transferred to the United States District Court for the Central District of Illinois, Urbana Division, for adjudication of the creditor's claim.

8. Creditor requests that this motion be heard by telephone conference.

WHEREFORE, the creditor, Martin Stamm, respectfully moves that the Court enter an order transferring adjudication of his claim to the United States District Court for the Central District of Illinois, Urbana Division and further requests that this Motion be heard by telephone conference.

MARTIN STAMM, Claimant

BY LAW OFFICES OF ORA J. BAER, II

By:  /s/ Ora J. Baer, II

**VERIFICATION**

Martin Stamm, being first duly sworn on oath, deposes and states that he is the claimant herein, that he has read the foregoing "Motion for Transfer of Venue" and that the facts and matters set forth therein are true and correct.

**/s/ Martin Stamm**

Subscribed and sworn to before me this 16th day of January, 2008.

**/s/ Sue Berndt**
**Notary Public**

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Transfer of Venue was served upon the following:

Mr. Scott R. Zemnick
Kirkland & Ellis, LLP
200 E. Randolph Dr.
Chicago, IL  60601

United States Trustee Stephen E. Spence
United States Department of Justice
211 West Fort St., Ste. 700
Detroit, MI  48226

by enclosing the same in an envelope addressed as aforesaid and by depositing said envelope with first-class postage fully prepaid in an United States Post Office mail box in Champaign, Illinois, on the 16th day of January, 2008.

By:  /s/ Ora J. Baer, II

BUSINESS ADDRESS
LAW OFFICES OF ORA J. BAER, II
206 NORTH RANDOLPH, SUITE 1
POST OFFICE BOX 176
CHAMPAIGN, IL  61824-0176
TELEPHONE:  (217) 352-6338
FAX:  (217) 352-1904