IN THE
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Collins & Aikman Corporation,** | ) | Chapter 11 |
| et al., | ) | Case No. 05-55927 (SWR) |
| | ) | Honorable Steven W. Rhodes |
| Debtors. | ) | |

## ORDER

This cause, having come on to be heard on the "Ex Parte Motion to File Paper Pleading" filed by the movant, Martin Stamm, with an attached "Motion to Transfer Venue", the Court having examined the same and now being fully advised in the premises;

IT IS, THEREFORE, ORDERED that the "Ex Parte Motion to File Paper Pleading" by Martin Stamm be and hereby is allowed.

IT IS FURTHER ORDERED that the "Ex Parte Motionto File Paper Pleading" and the "Motion for Transfer of Venue" submitted by the creditor, Martin Stamm, shall be filed as a paper pleading in this cause.

DATE:_____     ENTER: **/s/ Steven W. Rhodes**
                                         **Bankruptcy Judge**