E-FILED
Wednesday, 09 July, 2008  11:42:17 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Collins & Aikman Corporation,** | ) | Chapter 11 |
|     et al., | ) | Case No. 05-55927 (SWR) |
| | ) | Honorable Steven W. Rhodes |
|                Debtors. | ) | |

## ORDER

This cause, having come on for hearing on the "Ex Parte Motion to File Paper Pleading" filed by the Movant, Martin Stamm, with an attached "Motion for Leave to File Amended Motion to Transfer Venue", the Court having examined the same, and now being fully advised in the premises;

IT IS, THEREFORE, ORDERED that the "Ex Parte Motion to File Paper Pleading" by Martin Stamm with respect to the "Motion for Leave to File Amended Motion to Transfer Venue" is allowed.

IT IS FURTHER ORDERED that the "Motion for Leave to File Amended Motion to Transfer Venue" submitted by the Creditor, Martin Stamm, shall be filed as a paper pleading in this cause.

**DATE:**_____   **ENTER:** /s/ Steven W. Rhodes
                                                                                         **Bankruptcy Judge**