E-FILED
Monday, 08 September, 2008   05:26:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES OF AMERICA
IN THE DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARTIN STAMM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-2072 |
| | ) |
| COLLINS & AIKMAN PRODUCTS CO., INC., | ) |
| f/k/a RANTOUL TEXTRON PRODUCTS CO., | ) |
| | ) |
| Defendant. | ) |

## STATUS REPORT

Now comes the Plaintiff, Martin Stamm, by Law Offices of Ora J. Baer, II, his attorney, and for his status report filed pursuant to the docket text order entered July 30, 2008, states:

1. On May 22, 2008, oral argument was held on Martin Stamm's "Motion for Transfer of Venue" and "Amended Motion for Transfer of Venue" in the United States Bankruptcy Court, Eastern District of Michigan, Southern Division. Those motions requested that the cause of action alleged by the Plaintiff herein in the Complaint filed April 13, 2004, be transferred back to the United States District Court for the Central District of Illinois, Urbana Division, for adjudication. After the aforesaid hearing, the bankruptcy judge announced his intention to refer the matter to the United States District Court for the Eastern District of Michigan for a decision under 28 U.S.C. 157(b)(5). After the aforesaid hearing, counsel for Collins & Aikman Litigation Trust made an *ex parte* statement to the bankruptcy court that it had not yet filed an objection to Mr. Stamm's claim. On May 27, 2008, the bankruptcy judge entered an order stating that: ". . . the creditor's motion to transfer venue is held in abeyance until a timely objection to the claim is filed." A copy of that order is attached hereto marked Exhibit "A".

2. That on June 27, 2008, "The Collins & Aikman Litigation Trust's 49th Omnibus Objection to Claims (Insufficient Books and Records)" was filed. That objection included the claim of Plaintiff, Martin Stamm, herein. Oral argument was held on that objection and Martin Stamm's response thereto before the bankruptcy court on July 31, 2008. On August 4, 2008, the bankruptcy

court entered an order , a copy of which is attached hereto marked Exhibit "B", overruling the objection to the claim of Martin Stamm

3. The Collins & Aikman Litigation Trust then filed additional objections on August 7, 2008, to Martin Stamm's claim. That pleading was entitled "The Collins & Aikman Litigation Trust Objection to Claim No. 7540." On September 3, 2008, "Claimant Martin Stamm's Response and Motion to Strike 'The Collins & Aikman Litigation Trust Objection to Claim No. 7540'" was filed.

4. After consultation with bankruptcy counsel for the Collins & Aikman Litigation Trust on September 5, 2008, it is the understanding of counsel for the Plaintiff, Martin Stamm, that a hearing has been set on the Collins & Aikman Litigation Trust Objection To Claim No. 7540, and Martin Stamm's Response and Motion to Strike at 1:00 p.m. Central Time on October 23, 2008.

5. That this cause of action occurred in Illinois and was originally filed in the United States District Court for the Central District of Illinois. Most witnesses are in Illinois. The Plaintiff's attempts to obtain transfer of venue for adjudication of his claim to the United States District Court for the Central District of Illinois have not been pursued to cause delay.

MARTIN STAMM, Plaintiff

/s Ora J. Baer, II
Law Offices of Ora J. Baer, II
Attorney for Plaintiff
206 North Randolph, Suite 1
P.O. Box 176
Champaign, IL  61824-0176
Telephone:  (217) 352-6338
Fax:  (217) 352-1904
Email:  orabaer@att.net