UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Collins & Aikman Corporation, et al.,

Debtors.

Case No. 05-55927-R
Chapter 11
Hon. Steven Rhodes

(Jointly Administered)

### Order Holding Motion To Transfer Venue in Abeyance

Creditor Martin Stamm has filed a claim in this bankruptcy case and a motion to transfer venue regarding that claim to the United States District Court for the Central District of Illinois where the claim arose. The Collins & Aikman Litigation Trust filed a response to the motion and the Court held a hearing. At the conclusion of the hearing, the Court stated its intention to refer the matter to the United States District Court under 28 U.S.C. § 157(b)(5).

After the hearing, counsel for the Collins & Aikman Litigation Trust advised the Court that it had not yet filed an objection to the creditor's claim. This highly pertinent fact should have been disclosed to the Court in the parties' papers or at the hearing. It is highly pertinent because under F.R.Bankr.P. 3001(f), a creditor's proof of claim is prima facie evidence of its validity unless an objection is filed. Accordingly, unless an objection to this claim is filed, there is no reason for the district court to consider the transfer of the matter to the United States District Court for the Central District of Illinois.

Accordingly, it is hereby ordered that the creditor's motion to transfer venue is held in abeyance until a timely objection to the claim is filed.

EXHIBIT "A"

Signed on May 27, 2008

/s/ Steven Rhodes
Steven Rhodes
Chief Bankruptcy Judge