UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Collins & Aikman Corporation, et al,

    Debtors.

Case No. 05-55927-R
Chapter 11
Hon. Steven Rhodes

(Jointly Administered)

_____/

**Order Regarding Forty-Ninth Omnibus Objection
To Claim Number 7540 Of Martin Stamm**

For the reasons stated on the record in open Court on July 31, 2008, it is hereby ordered that the Collins & Aikman Litigation Trust's Forty-Ninth Omnibus Objection to Claim [9649] is overruled as to claim number 7540 of Martin Stamm only.

**Signed on August 04, 2008**

                                                                                                            **/s/ Steven Rhodes**
                                                                                                            **Steven Rhodes**
                                                                                                       **Chief Bankruptcy Judge**

*Exhibit "B"*